IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | No. 4:21-cv-03371 |
| Shell Exploration & Production Company and Shell Trading Services Company, | § | Jury |
| *Defendants.* | § | |

**NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL
FOR PLAINTIFF ROBERT DEDMON**

Attorney Amanda Christine Hernandez files her notice of appearance as additional counsel for Plaintiff Robert Dedmon. She is admitted to practice in the Southern District of Texas.

Respectfully submitted,

*/s/ Amanda Hernandez*

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 4, 2021, she filed the foregoing *Notice of Appearance as Additional Counsel for Plaintiff Robert Dedmon* with the United States District Court for the Southern District of Texas through the CM/ECF system, such that the Shell Defendants should be served with a copy of the filed document as follows:

**VIA CM/ECF SYSTEM**

Ms. Marlene C. Williams
MarleneWilliams@eversheds-sutherland.com
Eversheds Sutherland (US) LLP
1001 Fannin, Suite 3700
Houston, Texas 77002
T: (713) 470-6100
F: (713) 654-1301

*Attorneys for Shell Defendants*

*/s/ Amanda Hernandez*

Amanda C. Hernandez