IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | |
| *Plaintiff,* | § § § | |
| v. | § § § | No. 4:21-cv-03371 |
| | § | |
| Shell Exploration & Production Company and Shell Trading Services Company, | § § § § | Jury |
| *Defendants.* | § § § | |

**PLAINTIFF ROBERT DEDMON'S LIST OF
ALL KNOWN ATTORNEYS OF RECORD AND
FINANCIALLY INTERESTED PERSONS AND ENTITIES**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties [ECF Doc. 2], Plaintiff Robert Dedmon, through undersigned counsel, makes the following disclosures. Entities known to have publicly traded securities are underlined.

| **ATTORNEYS OF RECORD FOR ROBERT DEDMON**<br><br>**1. Ms. Amy E. Gibson**<br>Attorney-in-Charge<br>Texas State Bar No. 00793801<br>Southern District Bar No. 20147<br>amy@gwfirm.com<br><br>**2. Mr. David L. Wiley**<br>Of Counsel<br>Texas State Bar No. 24029901<br>Southern District Bar No. 34134<br>david@gwfirm.com<br><br>**3. Gibson Wiley PLLC**<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923<br>T: (214) 522-2121<br>F: (214) 522-2126<br><br>**4. Ms. Amanda C. Hernandez**<br>Of Counsel<br>Texas State Bar No. 24064411<br>Southern District Bar No. 1531045<br>amanda@ahfirm.com<br><br>**5. AH Law, PLLC**<br>5718 Westheimer, Suite 1000<br>Houston, Texas 77057<br>T: (713) 588-4359<br>F: (281) 572-5370 | **ATTORNEY OF RECORD FOR SHELL EXPLORATION & PRODUCTION COMPANY AND SHELL TRADING SERVICES COMPANY**<br><br>**6. Ms. Marlene C. Williams**<br>Texas State Bar No.: 24001872<br><br>**7. Eversheds Sutherland (US) LLP**<br>1001 Fannin, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>MarleneWilliams@eversheds-sutherland.com |
| --- | --- |
| **PLAINTIFF**<br><br>**8. Robert Dedmon** | **DEFENDANTS**<br><br>**9. Shell Exploration & Production Company**<br><br>**10. Shell Trading Services Company** |

| **DEFENDANTS' PARENT COMPANY** | **DEFENDANTS' AFFILIATED ENTITIES** |
|---|---|
| **11. <u>Royal Dutch Shell plc</u>** | Attached is an excerpt from the Royal Dutch Shell plc 2020 Annual Report, Appendix 1. This Appendix lists "significant subsidiaries and other significance undertakings as of December 31, 2020." The excerpt is for the United States.<br><br>Counsel for Robert Dedmon does not know which entities on the list may have publicly traded securities. |

Respectfully submitted,

*/s/ Amy Gibson*

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 10, 2021, she filed the foregoing *Plaintiff's List of all Known Attorneys of Record and Financially Interested Persons and Entities* with the United States District Court for the Southern District of Texas through the CM/ECF system, such that the Shell Defendants should be served with a copy of the filed document as follows:

**VIA CM/ECF SYSTEM**

Ms. Marlene C. Williams
MarleneWilliams@eversheds-sutherland.com
Eversheds Sutherland (US) LLP
1001 Fannin, Suite 3700
Houston, Texas 77002
T: (713) 470-6100
F: (713) 654-1301

*Attorneys for Shell Defendants*

/s/ Amy Gibson

Amy E. Gibson

Additional Information
# APPENDIX 1

## SIGNIFICANT SUBSIDIARIES AND OTHER RELATED UNDERTAKINGS (AUDITED)

Significant subsidiaries and other related undertakings at December 31, 2020, are set out below. Shell's percentage of share capital is shown to the nearest whole number. All subsidiaries have been included in the "Consolidated Financial Statements" on pages 216-264, and those held directly by the Company are marked with the footnote [a]. A number of the entities listed are dormant or not yet operational. Entities that are proportionately consolidated are identified by the footnote [b]. Shell-owned shares are ordinary (voting) shares unless identified with one of the following annotations against the company name: [c] Membership interest; [d] Partnership capital; [e] Non-redeemable; [f] Ordinary, Partnership capital; [g] Ordinary, Redeemable; [h] Ordinary, Redeemable, Non-redeemable; and [i] Redeemable, Non-redeemable.

| Company by country and address of incorporation | % |
|---|---|
| **ARGENTINA** | |
| AVENIDA PTE. ROQUE SÁENZ PENA 788, 2ND FLOOR, CIUDAD DE BUENOS AIRES, 1035 | |
| Bandurria Sur Investments S.A. | 50 |
| Shell Argentina S.A. | 100 |
| **AUSTRALIA** | |
| C/O ALANDS ACCOUNTANTS, LEVEL 1/293 QUEEN STREET, BRISBANE, QLD 4000 | |
| Alliance Automation Pty Ltd | 50 |
| C/O JEFFERY ZIVIN, UNIT 4, 4 GEORGE STREET, CAMBERWELL, VIC 3124 | |
| Solpod Pty Ltd | 24 |
| INFRASTRUCTRURE CAPITAL GROUP, LEVEL 15 MARTIN PLACE, SYDNEY, NSW 2000 | |
| NewGen Neerabup Pty Ltd [b] | 50 |
| LEVEL 30, 275 GEORGE STREET, BRISBANE, QLD 4000 | |
| BC 789 Holdings Pty Ltd | 100 |
| BG CPS Pty Limited | 100 |
| BNG (Surat) Pty Ltd | 100 |
| Condamine 1 Pty Ltd | 100 |
| Condamine 2 Pty Ltd | 100 |
| Condamine 3 Pty Ltd | 100 |
| Condamine 4 Pty Ltd | 100 |
| Condamine Power Station Pty Ltd | 100 |
| ERM Power Limited | 100 |
| New South Oil Pty Ltd | 100 |
| OME Resources Australia Pty Ltd | 100 |
| Petroleum Resources (Thailand) Pty. Limited | 100 |
| Pure Energy Resources Pty Limited | 100 |
| QCLNG Operating Company Pty Ltd [g] | 75 |
| QCLNG Pty Ltd | 100 |
| QGC (B7) Pty Ltd | 100 |
| QGC (Exploration) Pty Ltd | 100 |
| QGC (Infrastructure) Pty Ltd | 100 |
| QGC Common Facilities Company Pty Ltd | 100 |
| QGC Holdings 2 Pty Ltd | 100 |
| QGC Holdings 3 Pty Ltd | 100 |
| QGC Holdings 4 Pty Ltd | 100 |
| QGC Holdings 5 Pty Ltd | 100 |
| QGC Holdings 6 Pty Ltd | 100 |
| QGC Holdings 7 Pty Ltd | 100 |
| QGC Holdings 8 Pty Ltd | 100 |
| QGC Holdings 9 Pty Ltd | 100 |
| QGC Midstream Holdings Pty Ltd | 100 |
| QGC Midstream Investments Pty Ltd | 100 |
| QGC Midstream Land Pty Ltd | 100 |
| QGC Midstream Services Pty Ltd | 100 |
| QGC Northern Forestry Pty Ltd | 100 |
| QGC Pty Limited | 100 |
| QGC Sales Qld Pty Ltd | 100 |
| QGC Train 1 Pty Ltd | 100 |
| QGC Train 1 Tolling Pty Ltd | 100 |
| QGC Train 1 UJV Manager Pty Ltd | 100 |

| Company by country and address of incorporation | % |
|---|---|
| QGC Train 2 Pty Ltd | 100 |
| QGC Train 2 Tolling No.2 Pty Ltd | 100 |
| QGC Train 2 Tolling Pty Ltd | 100 |
| QGC Train 2 UJV Manager Pty Ltd | 100 |
| QGC Upstream Finance Pty Ltd | 100 |
| QGC Upstream Holdings Pty Ltd | 100 |
| QGC Upstream Investments Pty Ltd | 100 |
| Queensland Gas Company Pty Ltd | 100 |
| Roma Petroleum Pty Limited | 100 |
| Select Carbon Pty Ltd | 100 |
| SGA (Queensland) Pty Ltd | 100 |
| SGAI Pty Limited | 100 |
| Shell Energy Australia Pty Ltd | 100 |
| Shell New Energies Australia Pty Ltd | 100 |
| Shell QGC Pty Ltd | 100 |
| Starzap Pty Ltd | 100 |
| Sunshine 685 Pty Limited | 100 |
| Walloons Coal Seam Gas Company Pty Limited [g] | 75 |
| LEVEL 39, 111 EAGLE STREET, BRISBANE, QLD 4000 | |
| Arrow Energy Holdings Pty Ltd | 50 |
| LEVEL 4, 13 CREMORNE STREET, RICHMOND, VIC 3121 | |
| ESCO Pacific Holdings Pty Ltd | 49 |
| LEVEL 4, 459 LITTLE COLLINS STREET, MELBOURNE, VIC 3000 | |
| 1st Energy Pty Ltd | 30 |
| LEVEL 42, BOURKE PLACE, 600 BOURKE STREET, MELBOURNE, VIC 3000 | |
| QGC Midstream Limited Partnership | 100 |
| QGC Upstream Limited Partnership | 100 |
| LEVEL 52, 111 EAGLE STREET, BRISBANE, QLD 4000 | |
| Braemar 3 Holdings Pty Ltd | 100 |
| CCM Energy Solutions Pty Ltd | 100 |
| E.R.M. Oakey Power Pty Ltd | 100 |
| ERM Braemar 3 Power Pty Ltd | 100 |
| ERM Braemar 3 Pty Ltd | 100 |
| ERM Employee Share Plan Administrator Pty Ltd | 100 |
| ERM Energy Solutions Holdings Pty Ltd | 100 |
| ERM Financial Services Pty Ltd | 100 |
| ERM Gas Pty Ltd | 100 |
| ERM Gas WA01 Pty Ltd | 100 |
| ERM Holdings Pty Ltd | 100 |
| ERM Innovation Labs Pty Ltd | 100 |
| ERM Land Holdings Pty Ltd | 100 |
| ERM Neerabup Power Pty Ltd | 100 |
| ERM Neerabup Pty Ltd | 100 |
| ERM Oakey Power Holdings Pty Ltd | 100 |
| ERM Power Developments Pty Ltd | 100 |
| ERM Power Engineering Pty Ltd | 100 |
| ERM Power Generation Pty Ltd | 100 |
| ERM Power International Pty Ltd | 100 |
| ERM Power Investments Pty Ltd | 100 |

| Company by country and address of incorporation | % |
|---|---|
| **UKRAINE** | |
| 4 MYKOLY GRINCHENKA STREET, KIEV, 03038 | |
| Shell Ukraine Exploration and Production I LLC | 100 |
| N. GRINCHENKO, 4, KIEV, 03038 | |
| Alliance Holding LLC [d] | 51 |
| Invest Region LLC [d] | 51 |
| **UNITED ARAB EMIRATES** | |
| EMDAD AVIATION FUEL STORAGE FZCO, P.O. BOX 261781, JEBEL ALI, DUBAI | |
| Emdad Aviation Fuel Storage FZCO | 33 |
| P.O. BOX 665, ABU DHABI | |
| Abu Dhabi Gas Industries Limited (GASCO) | 15 |
| **URUGUAY** | |
| LA CUMPARSITA, 1373 4TH FLOOR, MONTEVIDEO, 11200 | |
| BG (Uruguay) S.A. | 100 |
| Dinarel S.A. | 50 |
| Gasoducto Cruz del Sur S.A. | 40 |
| **USA** | |
| 10000 MING AVENUE, BAKERSFIELD, CA 93311 | |
| Aera Energy LLC [b] | 52 |
| Aera Energy Services Company | 50 |
| 1013 CENTRE ROAD, COUNTY OF NEW CASTLE, DELAWARE, WILMINGTON, DE 19805 | |
| Zeco Holdings, Inc. | 100 |
| Zeco Systems, Inc. | 100 |
| 10346 BRECKSVILLE RD, BRECKSVILLE, OH 44141 | |
| True North Energy LLC | 50 |
| 11111 WILCREST GREEN, SUITE 100, HOUSTON, TX 77042 | |
| Texas Petroleum Group LLC | 50 |
| 1191 2ND AVENUE, SUITE 1900, SEATTLE, WA 98101 | |
| Airbiquity Inc. | 26 |
| 150 N. DAIRY ASHFORD, HOUSTON, TX 77079 | |
| Gaviota Terminal Company [d] | 20 |
| Ship Shoal Pipeline Company [d] | 43 |
| 16285 PARK TEN PLACE, SUIT 300, HOUSTON, TX 77084 | |
| Bluware Headwave Ventures Inc. | 20 |
| 1740 ED TEMPLE BLVD, NASHVILLE, TN 37208 | |
| Tri Star Energy LLC | 33 |
| 1900 EAST LINDEN AVENUE, LINDEN, NJ 07036 | |
| Infineum USA Inc. | 50 |
| 2048 WEEMS ROAD, BLDG C, TUCKER, GA 30084 | |
| Sonnen Inc. | 100 |
| 2050 PLAINFIELD PIKE, CRANSTON, RI 02921 | |
| Colbea Enterprises, LLC | 50 |
| 2100 GENG ROAD, SUITE 210, SANTA CLARA, PALO ALTO, CA 94303 | |
| D.Light Design Inc. | 34 |
| 2237 HATCHER HILL ROAD, BACONTON, GA 31716 | |
| Baconton Power LLC [c] | 35 |
| 2441 HIGH TIMBERS DRIVE, SUITE 220, THE WOODLANDS, TX 77380 | |
| Asset Management and Power Services LLC | 50 |
| Distributed Generation Solutions LLC | 33 |
| 3333 HWY 6 SOUTH, HOUSTON, TX 77082 | |
| Zeolyst International | 50 |
| 3450 E. COMMERCIAL CT., MERIDIAN, ID 83642 | |
| Pacwest Energy, LLC. | 50 |
| 4080 WEST JONATHAN MOORE PIKE, COLUMBUS, IN 47201 | |
| RDK Ventures, LLC | 50 |
| 41805 ALBRAE STREET, FREMONT, CA 94538 | |
| Au Energy, LLC | 50 |

| Company by country and address of incorporation | % |
|---|---|
| BECHTEL ENTERPRISES, 12011 SUNSET HILLS ROAD, RESTON, VA 20190 | |
| Maple Power Holdings LLC [b] | 68 |
| C T CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201 | |
| EPP LLC [c] | 100 |
| J & J Lubrication, LLC [c] | 100 |
| Lazlyng Real Estate Company, LLC [c] | 100 |
| MP2 Energy LLC [c] | 100 |
| MP2 Energy NE LLC [c] | 100 |
| MP2 Energy NY LLC [c] | 100 |
| MP2 Energy Retail Holdings LLC [c] | 100 |
| MP2 Energy Texas LLC [c] | 100 |
| MP2 Generation LLC [c] | 100 |
| MP2 Mesquite Creek Wind LLC [c] | 100 |
| Mpower2 LLC [c] | 100 |
| Noble Assurance Company | 100 |
| CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 | |
| Atlantic Shores Offshore Wind, LLC [c] | 50 |
| Bengal Pipeline Company LLC | 39 |
| Colonial Pipeline Company | 11 |
| Cumulus Digital Systems, Inc. | 30 |
| EcoSmart Solution LLC | 35 |
| West Shore Pipe Line Company | 19 |
| CORPORATION SERVICE COMPANY, 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DE 19808 | |
| Infineum USA L.P. [f] | 50 |
| CT CORPORATION SYSTEM, 7700 E ARAPAHOE RD, STE 220, CENTENNIAL, CO 80112-1268 | |
| Positive Energies, LLC [c] | 100 |
| RL & F SERVICE CORP, 920 N KING ST FLOOR 2, NEW CASTLE, WILMINGTON, DE 19801 | |
| Atlantic 1 Holdings LLC [c] | 46 |
| Atlantic 2/3 Holdings LLC [c] | 58 |
| Atlantic 4 Holdings LLC [c] | 51 |
| THE CORPORATION TRUST COMPANY OF NEVADA, 311 SOUTH DIVISION STREET, CARSON CITY, NV 89703 | |
| Pennzoil-Quaker State Nominee Company | 100 |
| THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE STREET, WILMINGTON, DE 19801 | |
| Amberjack Pipeline Company LLC [c] | 42 |
| Arizona A1 LLC [c] | 100 |
| Arizona B1 LLC [c] | 100 |
| BG Brasilia, LLC [c] | 100 |
| BG Energy Finance, Inc. | 100 |
| BG Energy Merchants, LLC [c] | 100 |
| BG Gulf Coast LNG, LLC [c] | 100 |
| BG LNG Services, LLC [c] | 100 |
| BG LNG Trading, LLC | 100 |
| BG North America, LLC [c] | 100 |
| BG US Services, Inc. | 100 |
| Brazil Crude Services, LLC [c] | 100 |
| Brazos Wind Ventures, LLC [c] | 100 |
| Caesar Oil Pipeline Company, LLC [c] | 15 |
| Concha Chemical Pipeline LLC [c] | 100 |
| Crestwood Permian Basin LLC | 34 |
| CRI Sales and Services Inc. | 100 |
| CRI Zeolites Inc. | 100 |
| Deer Park Refining Limited Partnership [b] [d] | 50 |

Additional Information

Additional Information

# APPENDIX 1 continued

| Company by country and address of incorporation | % |
|---|---|
| **USA** continued | |
| Ellwood Land Holdings, LLC [c] | 100 |
| Endymion Oil Pipeline Company, LLC [c] | 7 |
| Enterprise Oil North America Inc. | 100 |
| Equilon Enterprises LLC [c] | 100 |
| Explorer Pipeline Company | 26 |
| GI Energy Storage LLC [c] | 100 |
| Husk Power Systems, Inc. | 30 |
| LOOP LLC | 46 |
| Mars Oil Pipeline Company LLC [c] | 49 |
| Mattox Pipeline Company LLC [c] | 54 |
| Mayflower Wind Energy LLC [c] | 50 |
| Odyssey Pipeline L.L.C. [c] | 48 |
| Oryx Caspian Pipeline, L.L.C. [c] | 100 |
| Pecten Arabian Company | 100 |
| Pecten Brazil Exploration Company | 100 |
| Pecten Midstream LLC [c] | 68 |
| Pecten Orient Company | 100 |
| Pecten Orient Company LLC [c] | 100 |
| Pecten Producing Company | 100 |
| Pecten Trading Company | 100 |
| Pecten Victoria Company | 100 |
| Pecten Yemen Masila Company | 100 |
| Pennzoil-Quaker State Company | 100 |
| Pennzoil-Quaker State International Corporation | 100 |
| Peru LNG Company LLC [c] | 20 |
| Poseidon Oil Pipeline Company, LLC | 24 |
| Power Limited Partnership [d] | 100 |
| PR Microgrids LLC [c] | 100 |
| Premium Velocity Auto LLC [c] | 100 |
| Proteus Oil Pipeline Company, LLC [c] | 6 |
| Quaker State Investment Corporation | 100 |
| RK Caspian Shipping Company, LLC [c] | 100 |
| S T Exchange, Inc. | 100 |
| Salamander Solutions Inc. | 28 |
| Sand Dollar Pipeline LLC [c] | 68 |
| SCOGI GP [d] | 100 |
| Shell (US) Gas & Power M&T Holdings, Inc. | 100 |
| Shell California Pipeline Company LLC [c] | 100 |
| Shell Catalysts & Technologies Americas LP [d] | 100 |
| Shell Catalysts & Technologies Company | 100 |
| Shell Catalysts & Technologies Holdings Inc. | 100 |
| Shell Catalysts & Technologies LP [d] | 100 |
| Shell Catalysts & Technologies US LP [d] | 100 |
| Shell Catalysts Ventures Inc. | 100 |
| Shell Chemical Appalachia LLC [c] | 100 |
| Shell Chemical LP [d] | 100 |
| Shell Chemicals Arabia L.L.C. [c] | 100 |
| Shell Communications, Inc. | 100 |
| Shell Deepwater Royalties Inc. | 100 |
| Shell Downstream Inc. | 100 |
| Shell Energy Company | 100 |
| Shell Energy Holding GP LLC [c] | 100 |
| Shell Energy North America (US), L.P. [d] | 100 |
| Shell Energy Resources Company | 100 |

| Company by country and address of incorporation | % |
|---|---|
| Shell EP Holdings Inc. | 100 |
| Shell Expatriate Employment US Inc. | 100 |
| Shell Exploration & Production Company | 100 |
| Shell Exploration Company Inc. | 100 |
| Shell Frontier Oil & Gas Inc. | 100 |
| Shell Gas Gathering Corp. #2 | 100 |
| Shell Global Solutions (US) Inc. | 100 |
| Shell GOM Pipeline Company LLC [c] | 100 |
| Shell Gulf of Mexico Inc. | 100 |
| Shell Information Technology International Inc. | 100 |
| Shell International Exploration and Production Inc. | 100 |
| Shell Lake Charles Operations, LLC [c] | 100 |
| Shell Leasing Company | 100 |
| Shell Marine Products (US) Company | 100 |
| Shell Midstream LP Holdings LLC [c] | 100 |
| Shell Midstream Operating LLC [c] | 68 |
| Shell Midstream Partners GP LLC [c] | 100 |
| Shell Midstream Partners, L.P. | 68 |
| Shell NA Gas & Power Holding Company | 100 |
| Shell NA LNG LLC [c] | 100 |
| Shell New Energies US LLC [c] | 100 |
| Shell North America Gas & Power Services Company | 100 |
| Shell Offshore and Chemical Investments Inc. | 100 |
| Shell Offshore Inc. | 100 |
| Shell Offshore Response Company LLC [c] | 100 |
| Shell Oil Company | 100 |
| Shell Oil Company Investments Inc. | 100 |
| Shell Oil Products Company LLC [c] | 100 |
| Shell Onshore Ventures Inc. | 100 |
| Shell Petroleum Inc. | 100 |
| Shell Pipeline Company LP [d] | 100 |
| Shell Pipeline GP LLC [c] | 100 |
| Shell Rail Operations Company | 100 |
| Shell Retail and Convenience Operations LLC [c] | 100 |
| Shell RSC Company | 100 |
| Shell Thailand E&P Inc. | 100 |
| Shell Trademark Management Inc. | 100 |
| Shell Trading (US) Company | 100 |
| Shell Trading North America Company | 100 |
| Shell Trading Risk Management, LLC [c] | 100 |
| Shell Trading Services Company | 100 |
| Shell Transportation Holdings LLC [c] | 100 |
| Shell Treasury Center (West) Inc. | 100 |
| Shell US E&P Investments LLC [c] | 100 |
| Shell US Gas & Power LLC [c] | 100 |
| Shell US Hosting Company | 100 |
| Shell Ventures LLC [c] | 100 |
| Shell WindEnergy Inc. | 100 |
| Shell WindEnergy Services Inc. | 100 |
| Silicon Ranch Corporation | 43 |
| SOI Finance Inc. | 100 |
| SOPC Holdings East LLC [c] | 100 |
| SOPC Holdings West LLC [c] | 100 |
| SOPC Southeast Inc. | 100 |
| Studio X LLC [c] | 100 |

| Company by country and address of incorporation | % |
|---|---|
| SWEPI LP [d] | 100 |
| Tejas Coral GP, LLC [c] | 100 |
| Tejas Coral Holding, LLC [c] | 100 |
| Tejas Power Generation, LLC [c] | 100 |
| Texas-New Mexico Pipe Line Company | 100 |
| The Valley Camp Coal Company | 100 |
| Three Wind Holdings, LLC [c] | 50 |
| TMR Company LLC | 100 |
| Triton Diagnostics Inc. | 100 |
| Triton Terminaling LLC [c] | 100 |
| Triton West LLC [c] | 68 |
| URSA Oil Pipeline Company LLC [c] | 45 |
| Zydeco Pipeline Company LLC [c] | 70 |
| **VENEZUELA** | |
| AVENIDA LEONARDO DA VINCI, EDIFICIO PDV SERVICIOS, CARACAS, DISTRITO CAPITAL | |
| Sucre Gas, S.A. | 30 |
| AVENIDA ORINOCO, EDIFICIO CENTRO EMPRESARIAL PREMIUM, PISO 2, OFICINAS 2-A Y 2-B, URBANIZACIÓN LAS MERCEDES, CARACAS, DISTRITO CAPITAL, 1060 | |
| Shell Venezuela Productos, C.A. | 100 |
| Shell Venezuela, S.A. | 100 |
| **VIETNAM** | |
| GO DAU INDUSTRIAL ZONE, PHUOC THAI COMMUNE, LONG THANH DISTRICT, DONG NAI PROVINCE | |
| Shell Vietnam Ltd | 100 |
| **ZIMBABWE** | |
| BLOCK 1, TENDESEKA OFFICE PARK, CNR SAMORA MACHEL AVENUE, RENFREW ROAD, HARARE | |
| Central African Petroleum Refineries (Private) Limited | 21 |