United States District Court
Southern District of Texas
**ENTERED**
December 13, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT DEDMON, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SHELL EXPLORATION & PRODUCTION COMPANY and SHELL TRADING SERVICES COMPANY, | § § § § § § | |
| Defendants. | § | |

## MINUTE ENTRY AND ORDER

Minute entry for proceedings before Judge Charles Eskridge on December 9, 2021. INITIAL CONFERENCE. All parties represented by counsel via video.

The Court addressed the scheduling and docket control order and the joint discovery/case management plan. Dkts 3 & 10. The parties submitted agreed modifications to the Court's standard procedures. See Dkt 10. The following rulings pertain:

- o The parties were instructed to submit with any dispositive motion an agreed scheduling order as to briefing deadlines and oral argument, if desired;
- o The parties' requests for modification to discovery limitations were granted;
- o Attorney fees will be argued to the bench following jury trial, if necessary;

- Rebuttal witnesses and other pretrial issues will be considered at docket call, if necessary; and
- The Court's procedure and scheduling as to mediation and settlement conferences remain.

The Court addressed the potential need for a protective order. The parties must submit one as modified from Form 9, Standard Protective Order, if desired.

The Court addressed discovery requests by Plaintiff Robert Dedmon. Dedmon may serve identical sets of thirty-four interrogatories on each Defendant, being six directed to merits issues and one as to each asserted affirmative defense. The standard limits on depositions remain, but the parties may request reasonable increases, if necessary.

SO ORDERED.

Signed on December 10, 2021, at Houston, Texas.

*signature*
Hon. Charles Eskridge
United States District Judge