**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ROBERT DEDMON, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 4:21-cv-03371 |
| § | |
| SHELL EXPLORATION & PRODUCTION § | |
| COMPANY AND SHELL TRADING § | |
| SERVICES COMPANY, § | |
| § | |
| *Defendant* § | JURY DEMAND |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that counsel for Defendant Shell Exploration & Production Company and Shell Trading Services Company has changed physical address. All service, communications, and other related matters should be sent to the below address to the undersigned counsel's attention:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
500 Dallas St., Ste. 2100
Houston, Texas 77002

All phone numbers and email addresses remain the same. Counsel kindly requests that all records be updated to reflect the above physical address in order to continue receiving notice and service of all matters in the above-styled action.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**

/s/ *Marlene C. Williams*
Marlene C. Williams
Federal Id. No.: 22824
Texas State Bar No.: 24001872500
500 Dallas St., Suite 2100
Houston, TX 77002
713-655-0855
713-655-0020 (Fax)
marlene.williams@gletree.com

**ATTORNEYS FOR DEFENDANT
SHELL OIL COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, the above paper was served on all parties and counsel of record via the Clerk's CM/ECF system, as follows:

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147 amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901 Southern District Bar No. 34134 david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

AND

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045 amanda@ahfirm.com


AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

Attorneys for Robert Dedmon

                                                    */s/ Marlene C. Williams*
                                                    Marlene C. Williams