UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:21-cv-03371 |
| vs. | § § | Jury Demand |
| Shell Exploration & Production Company and Shell Trading Services Company, | § § § § § | |
| *Defendants*. | § § | |

# ORDER GRANTING AGREED MOTION TO MODIFY SCHEDULING ORDER [MOTIONS AND JOINT PRETRIAL ORDER DEADLINES ONLY]

Came on to be heard the parties' Joint Motion to Modify Scheduling Order [Motions and Joint Pretrial Order Deadlines Only]. The Court, after reviewing the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED that the Court's Amended Scheduling Order [DKT 25] is amended as follows:

April 16, 2024   **DISPOSITIVE MOTIONS AND NON-DISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)**

No party may file any motion after this date except for good cause shown.

1

| | |
|---|---|
| April 30, 2024 | **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE (DEADLINE UNCHANGED)** |
| | The parties must complete mediation or other form of dispute resolution |
| May 31, 2024 | **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE*** |
| | The Joint Pretrial order must contain the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules. |
| June 18, 2024 | **DOCKET CALL** |
| | Docket call will occur at 1:30 p.m. in Courtroom 9F, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of ocket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable. |

Signed _____, 2024.

_____
Hon. Charles Eskridge
United States District Judge