# Exhibit A

The Wayback Machine - https://web.archive.org/web/20140704163348/http://www.shell.us/aboutshell/shell-businesses/trading.html

Shell.com   Privacy Policy   Accessibility   Help   Contact Us      Search     



You are here: U.S. Homepage > About Shell > U.S. Businesses > **Trading**



**UNITED STATES**
Change Location

Environment & Society

Future of Energy

Products & Services

About Shell

U.S. Businesses

| Manufacturing |
| Onshore Tight or Shale Gas & Oil |
| Retail Fuels and Motor Oils |
| Supply and Distribution |
| **Trading** |

# Trading

**The global network of Shell Trading companies encompasses Shell's trading activities worldwide. The businesses possess a portfolio in crude oil, refined products, natural gas, electrical power, environmental products, and chemicals.  Two principal operating companies, both headquartered in Houston, and their subsidiaries conduct Shell's trading activities in the U.S.**

### Shell Energy North America (US), L.P. (Shell Energy)

As part of the global Shell Trading network, Shell Energy and its subsidiaries, are among the largest wholesale energy marketers and traders in North America and provide a comprehensive portfolio of energy-related products and services. These include energy marketing and trading, risk management, industrial energy services, gas and power asset and supply portfolio management, and environmental products. Shell Energy is consistently ranked as one of the leading combined gas and power marketing companies in North America.

As a wholly Shell-owned subsidiary, Coral is one of North America's leaders with total gas sales volumes of approximately 11 billion cubic feet per day (Q2 2007). Coral has developed a large portfolio of megawatts — about 5,000 — of power-generating capacity across the entire region and had approximately 230 million MWh in annual power sales in 2006.  Approximately 700 Shell Energy employees are based in Houston, San Diego, Spokane, Portland, and Syracuse in the United States, and its Canadian subsidiary has employees based in Calgary, Cambridge and Vancouver.

    Learn more about Shell Trading in the U.S.

### Shell Trading (US) Company (STUSCO)

Established in 1998, STUSCO conducts a substantial trading-for-profit business, which includes the buying and selling of crude oil, finished products and feedstocks, as well as trading oil futures. As part of the global Shell Trading network, STUSCO buys and sells more than 5 million barrels of hydrocarbons per day in physical markets, making it one of the largest petroleum supply organizations in North America and the world.  STUSCO also assists its affiliates, including Shell Oil Products US and Motiva Enterprises LLC, in acquiring crude oil supplies and in selling refined products.

STUSCO has approximately 500 employees who are based in Houston, Denver, Midland, Dallas, San Antonio, Anacortes (WA), Martinez (CA), Fort Lauderdale, Sea Warren (NJ), Mashpee (MA), and New Orleans in the United States, and Calgary in Canada.

    Learn more about Shell Trading (US) Company (STUSCO).



Search

| About Our Website | Main Areas | About Shell | Tools |
| Contact Us | Environment & Society | Jobs and Careers | Job Search |
| Help | Future of Energy | Features and Highlights | Station Locator |
| Accessibility | Products & Services | Who We Are | |
| Sitemap | About Shell | Price at the Pump | |
| Terms and Conditions | | U.S. Businesses | |
| Privacy Policy | | Projects and Locations | |
| Shell Global Helpline | | U.S. Media Center | |
| | | Let's Go | |

Dedmon 000244