# Exhibit D

Robert Dedmon

## Interview
6 messages

**Robert Dedmon**    Wed, Feb 19, 2014 at 9:41 AM
To: "<Carl.A.Williams <carl.a.williams >

Final assessment went well. I honestly think I'm a perfect fit for the team. Thanks again for all your help. Tyler said they will make a decision in about 2 weeks so the waiting game begins.

--
Robert Dedmon

---

**Carl.A.Williams** <Carl.A.Williams >    Wed, Feb 19, 2014 at 9:49 AM
To: r.dedmon

Apologies RD, I meant to check in with you b4/after. Glad to hear it went well. Will thread gently for info so there's no perception of impropriety on my part !

Will circle back.

…..Carl

**From:** Robert Dedmon
**Sent:** Wednesday, February 19, 2014 9:41 AM
**To:** Williams, Carl A SENA-STE/32
**Subject:** Interview

Final assessment went well. I honestly think I'm a perfect fit for the team. Thanks again for all your help. Tyler said they will make a decision in about 2 weeks so the waiting game begins.

--
Robert Dedmon

Companies within the Shell Trading business may monitor and record communications for legal, regulatory and/or business purposes. Such communications will be controlled by Shell Energy North America (US) LP on behalf of all Shell Trading entities within the United States and by Shell International Trading and Shipping Company Ltd for all other Shell Trading entities. Personal data is handled and protected in accordance with applicable data protection laws and relevant Shell policies and rules. Personal data may be disclosed to other Shell companies and to third party organizations providing services to the relevant Shell Company or as required by law.

---

**Carl.A.Williams** <Carl.A.Williams >    Thu, Mar 13, 2014 at 2:24 PM
To: r.dedmon

Robert, apologies for not getting back brotha. Not sure how/why you went from 1st to 2nd – I think it's stupid, but my opinion aside, that's how its playing out. They've extended an offer – cant guess what'll happen next. Let's keep talking bud…..who knows, we'll probably do a pkg deal somewhere else ☺

Stay up my man – nothing is ever given to us, even when we've earned it. We'll talk !

Carl

Dedmon 000805

**From:** Robert Dedmon
**Sent:** Wednesday, February 19, 2014 9:41 AM
**To:** Williams, Carl A SENA-STE/32
**Subject:** Interview

Final assessment went well.  I honestly think I'm a perfect fit for the team.  Thanks again for all your help.  Tyler said they will make a decision in about 2 weeks so the waiting game begins.

--
Robert Dedmon

Companies within the Shell Trading business may monitor and record communications for legal, regulatory and/or business purposes. Such communications will be controlled by Shell Energy North America (US) LP on behalf of all Shell Trading entities within the United States and by Shell International Trading and Shipping Company Ltd for all other Shell Trading entities. Personal data is handled and protected in accordance with applicable data protection laws and relevant Shell policies and rules. Personal data may be disclosed to other Shell companies and to third party organizations providing services to the relevant Shell Company or as required by law.

---

**Robert Dedmon**          Thu, Mar 13, 2014 at 9:33 PM
To: "<Carl.A.Williams               <Carl.A.Williams

Although this one is going to sting I'm a firm believer that everything happens for a reason.  Hopefully I will get an official response from HR and maybe a reason as to why they went in a different direction.  A package deal doesn't sound too bad. On the bright side we closed on our home today and will be busy all weekend moving in.  Lets keep in touch and if you have time in the next two weeks knock out a happy hour.

Have a great weekend and thanks for taking me under your wing.


On Thu, Mar 13, 2014 at 2:24 PM, <Carl.A.Williams            wrote:

> Robert, apologies for not getting back brotha. Not sure how/why you went from 1st to 2nd – I think it's stupid, but my opinion aside, that's how its playing out. They've extended an offer – cant guess what'll happen next. Let's keep talking bud…..who knows, we'll probably do a pkg deal somewhere else ☺
>
> Stay up my man – nothing is ever given to us, even when we've earned it. We'll talk !
>
> Carl
>
> **From:** Robert Dedmon
> **Sent:** Wednesday, February 19, 2014 9:41 AM
> **To:** Williams, Carl A SENA-STE/32
> **Subject:** Interview
>
> Final assessment went well.  I honestly think I'm a perfect fit for the team.  Thanks again for all your help.  Tyler said they will make a decision in about 2 weeks so the waiting game begins.
>
> --
> Robert Dedmon

Companies within the Shell Trading business may monitor and record communications for legal, regulatory and/or business purposes. Such communications will be controlled by Shell Energy North America (US) LP on behalf of all Shell Trading entities within the United States and by Shell International Trading and Shipping Company Ltd for all other Shell Trading entities. Personal data is handled and protected in accordance with applicable data protection laws and relevant Shell policies and rules. Personal data may be disclosed to other Shell companies and to third party organizations providing services to the relevant Shell Company or as required by law.

--
Robert Dedmon

Dedmon 000806

**\*\*\*Invitation to Apply**
**8 messages**

---

**Kendra.Williams** <Kendra.Williams> | Thu, Jun 19, 2014 at 6:28 PM
To: r.dedmon

Hello Robert,

The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.

Sales Representative - Houston, TX

Best Regards,



**Kendra Williams**

Experienced Recruitment - Americas
Shell Oil Company, P O Box 2463
Houston, TX 77252-2463, USA
**Tel:** 713.241.1094

**Email:** kendra.williams



Disclaimer:
This e-mail, and any attachment and response string are confidential. If you are not the intended recipient, please telephone or e-mail the sender and delete this message and any attachment immediately. Internet communica ions are not secure and therefore Shell does not accept legal responsibility for the contents of  his message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.

Please consider the environment before printing this email

---

**Robert Dedmon** | Thu, Jun 19, 2014 at 6:58 PM
To: "<Kendra.Williams" <Kendra.Williams>

Just for clarity I'm reapplying and interviewing again? I want to be prepared.

Thanks,

Robert Dedmon
Sent from my iPhone

On Jun 19, 2014, at 6:28 PM, <Kendra.Williams wrote:

Dedmon 000838

Hello Robert,

The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.

Sales Representative - Houston, TX

Best Regards,

<image001.jpg>

**Kendra Williams**

Experienced Recruitment - Americas
Shell Oil Company, P O Box 2463
Houston, TX 77252-2463, USA
**Tel:** 713.241.1094

**Email: kendra.williams**▬

<image002.png>

Disclaimer:
This e-mail, and any attachment and response string are confidential. If you are not the intended recipient, please telephone or e-mail the sender and delete this message and any attachment immediately. Internet communica ions are not secure and  herefore Shell does not accept legal responsibility for  he contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.

 Please consider the environment before printing  his email

---

**Kendra.Williams**▬ <Kendra.Williams▬                                         Thu, Jun 19, 2014 at 7:08 PM
To: r.dedmon▬

Thank you, Robert for your prompt reply. Yes, as we have reposted the position after the internal evaluation with the revised requirements, we will require your formal application. The team will only meet with you for a 1 hour assessment, in lieu of the 2 hour assessment as previously conducted. This will also allow the time for you to ask any questions that you may have of the team regarding the role.

Best Regards,

Kendra Williams

---

**From:** Robert Dedmon ▬
**Sent:** Thursday, June 19, 2014 6:58 PM
**To:** Williams, Kendra J SHLOIL-HRT/RA
**Subject:** Re: ***Invitation to Apply

Just for clarity I'm reapplying and interviewing again? I want to be prepared.

Dedmon 000839

Thanks,

Robert Dedmon

Sent from my iPhone

On Jun 19, 2014, at 6:28 PM, <Kendra.Williams​▮▮▮▮▮▮> wrote:

> Hello Robert,
>
> The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.
>
> Sales Representative - Houston, TX
>
> Best Regards,
>
> <image001.jpg>
>
> **Kendra Williams**
>
> Experienced Recruitment - Americas
> Shell Oil Company, P O Box 2463
> Houston, TX 77252-2463, USA
> **Tel:** 713.241.1094
>
> **Email:** kendra.williams▮▮▮▮
>
>    <image002.png>
>
> Disclaimer:
> This e-mail, and any attachment and response string are confidential. If you are not the intended recipient, please telephone or e-mail the sender and delete this message and any attachment immediately. Internet communica ions are not secure and  herefore Shell does not accept legal responsibility for  he contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.
>
>  Please consider the environment before printing  his email

---

**Robert Dedmon** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                Thu, Jun 19, 2014 at 9:19 PM
To: "<Kendra.Williams▮▮▮▮▮▮▮▮▮▮▮ <Kendra.Williams▮▮▮▮▮▮▮

Yes, I'm available to come in on June 30th at 1 pm.  I will submit my application this evening.

Thanks,

Robert Dedmon

On Thu, Jun 19, 2014 at 6:58 PM, Robert Dedmon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> Just for clarity I'm reapplying and interviewing again? I want to be prepared.
>
> Thanks,
>
> Robert Dedmon
> Sent from my iPhone
>
> On Jun 19, 2014, at 6:28 PM, <Kendra.Williams▮▮▮▮▮▮▮> wrote:

Dedmon 000840

Hello Robert,

The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.

Sales Representative - Houston, TX

Best Regards,

<image001.jpg>

**Kendra Williams**

Experienced Recruitment - Americas
Shell Oil Company, P O Box 2463
Houston, TX 77252-2463, USA
**Tel:** 713.241.1094

**Email:** kendra.williams

<image002.png>

Disclaimer:
This e-mail, and any attachment and response string are confiden ial. If you are not the intended recipient, please telephone or e-mail  he sender and delete this message and any attachment immediately. Internet communications are not secure and therefore Shell does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.

 Please consider the environment before printing this email

--
Robert Dedmon

---

**Kendra.Williams** <Kendra.Williams                                                                                          Fri, Jun 20, 2014 at 8:37 AM
To: r.dedmon

Hello Robert,

Before you submit an application, Carl Williams has to list you as a referral through our gateway, then an automated link will be sent over to you. So, please do not send a formal application until the automated link is sent over to you.

Best Regards,

Kendra Williams

**From:** Robert Dedmon
**Sent:** Thursday, June 19, 2014 9:20 PM

Dedmon 000841

**To:** Williams, Kendra J SHLOIL-HRT/RA
**Subject:** Re: ***Invitation to Apply

Yes, I'm available to come in on June 30th at 1 pm.  I will submit my application this evening.

Thanks,

Robert Dedmon

On Thu, Jun 19, 2014 at 6:58 PM, Robert Dedmon <​> wrote:

Just for clarity I'm reapplying and interviewing again? I want to be prepared.

Thanks,

Robert Dedmon

Sent from my iPhone

On Jun 19, 2014, at 6:28 PM, <Kendra.Williams​> wrote:

> Hello Robert,
>
> The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.
>
> Sales Representative - Houston, TX
>
> Best Regards,
>
> <image001.jpg>
>
> **Kendra Williams**
>
> Experienced Recruitment - Americas
> Shell Oil Company, P O Box 2463
> Houston, TX 77252-2463, USA
> **Tel:**  713.241.1094
>
> **Email:** kendra.williams
>
> <image002.png>
>
> Disclaimer:
> This e-mail, and any attachment and response string are confidential. If you are not the intended recipient, please telephone or e-mail the sender and delete this message and any attachment immediately. Internet communica ions are not secure and  herefore Shell does not accept legal responsibility for  he contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.
>
>  Please consider the environment before printing  his email

Dedmon 000842

--
Robert Dedmon

---

**Robert Dedmon** <Kendra.Williams> <Kendra.Williams>     Fri, Jun 20, 2014 at 10:33 AM
To: "<Kendra.Williams

Ok, I will keep an eye out for that email.

> On Fri, Jun 20, 2014 at 8:37 AM, <Kendra.Williams> wrote:
>
> Hello Robert,
>
> Before you submit an application, Carl Williams has to list you as a referral through our gateway, then an automated link will be sent over to you. So, please do not send a formal application until the automated link is sent over to you.
>
> Best Regards,
>
> Kendra Williams
>
> ---
>
> **From:** Robert Dedmon
> **Sent:** Thursday, June 19, 2014 9:20 PM
> **To:** Williams, Kendra J SHLOIL-HRT/RA
> **Subject:** Re: ***Invitation to Apply
>
> Yes, I'm available to come in on June 30th at 1 pm. I will submit my application this evening.
>
> Thanks,
>
> Robert Dedmon
>
> On Thu, Jun 19, 2014 at 6:58 PM, Robert Dedmon wrote:
>
> Just for clarity I'm reapplying and interviewing again? I want to be prepared.
>
> Thanks,
>
> Robert Dedmon
>
> Sent from my iPhone
>
> On Jun 19, 2014, at 6:28 PM, <Kendra.Williams> wrote:
>
> Hello Robert,

Dedmon 000843

The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.

Sales Representative - Houston, TX

Best Regards,

<image001.jpg>

**Kendra Williams**

Experienced Recruitment - Americas
Shell Oil Company, P O Box 2463
Houston, TX 77252-2463, USA
**Tel:** 713.241.1094
**Email:** kendra.williams

<image002.png>

Disclaimer:
This e-mail, and any attachment and response string are confiden ial. If you are not the intended recipient, please telephone or e-mail he sender and delete this message and any attachment immediately. Internet communications are not secure and therefore Shell does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.

Please consider the environment before printing this email

--
Robert Dedmon

--
Robert Dedmon

---

**Robert Dedmon**                                                                  Fri, Jun 20, 2014 at 4:01 PM
To: "<Kendra.Williams          " <Kendra.Williams

Should I be expecting that email today? I don't want to let it slip by me over the weekend.

Thanks,

On Fri, Jun 20, 2014 at 8:37 AM, <Kendra.Williams      > wrote:

> Hello Robert,
>
> Before you submit an application, Carl Williams has to list you as a referral through our gateway, then an automated link will be sent over to you. So, please do not send a formal application until the automated link is sent over to you.

Dedmon 000844

Best Regards,

Kendra Williams

---

**From:** Robert Dedmon
**Sent:** Thursday, June 19, 2014 9:20 PM
**To:** Williams, Kendra J SHLOIL-HRT/RA
**Subject:** Re: ***Invitation to Apply

Yes, I'm available to come in on June 30th at 1 pm.  I will submit my application this evening.

Thanks,

Robert Dedmon

On Thu, Jun 19, 2014 at 6:58 PM, Robert Dedmon wrote:

Just for clarity I'm reapplying and interviewing again? I want to be prepared.

Thanks,

Robert Dedmon

Sent from my iPhone

On Jun 19, 2014, at 6:28 PM, <Kendra.Williams wrote:

>     Hello Robert,
>
>     The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.
>
>     Sales Representative - Houston, TX
>
>     Best Regards,
>
>     <image001.jpg>
>
>     **Kendra Williams**
>
>     Experienced Recruitment - Americas
>     Shell Oil Company, P O Box 2463
>     Houston, TX 77252-2463, USA
>     **Tel:**  713.241.1094
>
>     **Email:** kendra.williams
>
>        <image002.png>

Dedmon 000845

**Disclaimer:**
This e-mail, and any attachment and response string are confiden ial. If you are not the intended recipient, please telephone or e-mail  he sender and delete this message and any attachment immediately. Internet communications are not secure and therefore Shell does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.

Please consider the environment before printing this email

--
Robert Dedmon

--
Robert Dedmon

---

**Kendra.Williams** <Kendra.Williams         >     Sat, Jun 21, 2014 at 9:42 AM
To: r.dedmon

Good Morning Robert,

If you have not received the link by Wednesday of next week, then I will have you to directly apply to the position.

Best Regards,

Kendra Williams

---

**From:** Robert Dedmon
**Sent:** Friday, June 20, 2014 4:02 PM
**To:** Williams, Kendra J SHLOIL-HRT/RA
**Subject:** Re: ***Invitation to Apply

Should I be expecting that email today?  I don't want to let it slip by me over the weekend.

Thanks,

On Fri, Jun 20, 2014 at 8:37 AM, <Kendra.Williams         > wrote:

Hello Robert,

Before you submit an application, Carl Williams has to list you as a referral through our gateway, then an automated link will be sent over to you. So, please do not send a formal application until the automated link is sent over to you.

Dedmon 000846

Best Regards,

Kendra Williams

---

**From:** Robert Dedmon
**Sent:** Thursday, June 19, 2014 9:20 PM
**To:** Williams, Kendra J SHLOIL-HRT/RA
**Subject:** Re: ***Invitation to Apply

Yes, I'm available to come in on June 30th at 1 pm.  I will submit my application this evening.


Thanks,


Robert Dedmon


On Thu, Jun 19, 2014 at 6:58 PM, Robert Dedmon wrote:

Just for clarity I'm reapplying and interviewing again? I want to be prepared.


Thanks,

Robert Dedmon

Sent from my iPhone

On Jun 19, 2014, at 6:28 PM, <Kendra.Williams wrote:

> Hello Robert,
>
>
> The team along with Jennifer Hartnett would like to meet with you on June 30th at 1 pm for the Sales Representative position. Would you be available to come in at this date and time? Below, I have listed the Sales Representative link for your application. Please advise on whether you have any issues with submitting.
>
>
> Sales Representative - Houston, TX
>
>
> Best Regards,
>
>
> <image001.jpg>
>
> **Kendra Williams**
>
> Experienced Recruitment - Americas
> Shell Oil Company, P O Box 2463
> Houston, TX 77252-2463, USA
> **Tel:**   713.241.1094
>
> **Email:** kendra.williams
>
>     <image002.png>

Dedmon 000847

Disclaimer:

This e-mail, and any attachment and response string are confidential. If you are not the intended recipient, please telephone or e-mail the sender and delete this message and any attachment immediately. Internet communica ions are not secure and  herefore Shell does not accept legal responsibility for  he contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended, please call the sender. Thank you.

 Please consider the environment before printing  his email

--
Robert Dedmon


--
Robert Dedmon

Dedmon 000848