# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT DEDMON,** | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:21-cv-03371 |
| **SHELL EXPLORATION &** | § | |
| **PRODUCTION COMPANY AND** | § | |
| **SHELL TRADING SERVICES** | § | |
| **COMPANY,** | § | **JURY DEMANDED** |
|     Defendants | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is Defendants' Motion for Summary Judgment requesting that the Court dismiss Dedmon's claims in their entirety with prejudice.

SO ORDERED.

SIGNED on _____, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge