United States District Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT DEDMON,** § | | |
| Plaintiff § | | |
| § | | |
| v. § | **CIVIL ACTION NO.** | |
| § | **4:21-cv-03371** | |
| **SHELL EXPLORATION &** § | | |
| **PRODUCTION COMPANY AND** § | | |
| **SHELL TRADING SERVICES** § | | |
| **COMPANY,** § | **JURY DEMANDED** | |
| Defendants § | | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR MOTIONS FOR SUMMARY JUDGMENT, RESPONSES AND REPLIES

On this day came on for hearing Defendants' Unopposed Motion for Leave to Exceed Word Limit for Motions for Summary Judgment, Responses and Replies. The Court, after reviewing the motion and any responses, hearing argument of counsel, if any, and reviewing the pleadings on file, is of the opinion that the motion has merit; THEREFORE;

IT IS ORDERED THAT to allow the Parties to fully address the multiple issues in this case, the Court grants the Parties leave to file motions for summary judgment and responses that do not exceed 8,500 words and replies that do not exceed 3,500 words.

DATED October 2, 2024.

_____
Hon. Charles Eskridge
United States District Judge