United States District Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| | | |
| Defendant. | | |

**AGREED SCHEDULING ORDER FOR DISPOSITIVE MOTION**

Pursuant to agreement of the parties, the Court sets the following briefing schedule concerning Defendants' Motion for Summary Judgment [ECF No. 33] (the "Motion"):

1. Any response to the Motion, including supporting evidence, shall be filed on or before October 24, 2024.

2. Any reply brief shall be filed within 19 calendar days after the response is filed. If the 19th day falls on a Saturday, Sunday or legal holiday, the reply brief shall be filed on the next day that is not a Saturday, Sunday or legal holiday.

1

3. Court Procedures ¶17(f) shall continue to govern (a) permission to file a surreply and (b) any agreed extension of the submission date beyond what is stated in this Order.

SO ORDERED.

Signed on October 2, 2024, at Houston, Texas.

*CREskridge*
Hon. Charles Eskridge
United States District Judge