United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| | | |
| Defendant. | | |

## ORDER

The Court GRANTS Plaintiff Robert Dedmon's *Unopposed Motion to Extend Deadline to File Response to Defendants' Motion for Summary Judgment*. It is therefore ORDERED that

1. any response to Defendants' Motion for Summary Judgment [ECF No. 33], including supporting evidence, shall be filed on or before November 7, 2024.

SO ORDERED.

Signed on October 29, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1