UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT DEDMON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. A. No. 4:21-cv-03371 |
| SHELL EXPLORATION & PRODUCTION COMPANY AND SHELL TRADING SERVICES COMPANY, | § § § § § § | Jury Demand |
| *Defendants*. | § § | |

## PROPOSED ORDER

Before the Court is the Parties' Joint Motion to Extend Mediation and Pre-Trial Order Deadlines. The Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the Joint Motion to Extend Mediation and Pre-Trial Order Deadlines is GRANTED, as follows:

| | |
|---|---|
| Mediation or Settlement Conference Before the Magistrate Judge: | November 29, 2024 |
| Joint Pretrial Order: | December 6, 2024 |

Signed on this _____ day of _____, 2024.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE