UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| | | |
| Defendant. | | |

ORDER

The Court GRANTS the *Unopposed Motion to Amend [Extend] the Summary Judgment Briefing Schedule for Response and Reply*. It is therefore ORDERED that

1. any response to Defendants' Motion for Summary Judgment [ECF No. 33], including supporting evidence, shall be filed on or before November 8, 2024;

2. any reply in support of Defendants' Motion for Summary Judgment [ECF No. 33] shall be filed on or before December 3, 2024.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1