# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. A. No. 4:21-cv-03371 |
| | § | |
| Shell Exploration & Production Company and Shell Trading Services Company, | § | Jury Demand |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants' Unopposed/Agreed Motion to Extend Mediation Deadline, Defendants' Summary Judgment Reply Deadline and the Parties' Joint Pretrial Order Deadline. The Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED, as follows:

| | |
|---|---|
| Defendants' Reply in Support of Motion for Summary Judgment | December 13, 2024 |
| Joint Pretrial Order: | January 14, 2025 |
| Docket Call: | February 18, 2025 |

Additionally, the Court GRANTS the Parties additional time to complete mediation with Gloria Portela, with the understanding that mediation will be rescheduled as soon as possible based on Ms. Portela's schedule and the Parties' availability.

SO ORDERED.

Signed on this 13th day of December, 2024.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE