UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| | | |
| Defendant. | | |

## ORDER

The parties' joint agreed motion to extend the pretrial materials deadline is GRANTED. It is therefore

ORDERED that **January 31, 2025** is the deadline for joint pretrial order and any *motions in limine*. The Joint Pretrial Order must contain the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a joint pretrial order timely may lead to dismissal or other sanction in accordance with applicable rules. And it is further

ORDERED that the parties shall promptly inform the Court if the case settles and shall inform the Court on or before January 30, 2025 if they reach an impasse on settlement. The Court will defer ruling on the pending summary judgment motion in the meantime through January 31, 2025.

1

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge