UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT DEDMON, § | | |
|     Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO. | |
| § | 4:21-cv-03371 | |
| SHELL EXPLORATION & § | | |
| PRODUCTION COMPANY AND § | | |
| SHELL TRADING SERVICES § | | |
| COMPANY, § | JURY DEMANDED | |
|     Defendants § | | |

TRIAL EXHIBIT LIST OF DEFENDANTS SHELL EXPLORATION & PRODUCTION COMPANY AND SHELL TRADING SERVICES COMPANY

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | 2014.04.03 Email re: Open Power Sales Position *(ShellDedmon_000705-000707)* | | | | |
| 2. | Email re: JG5 Inside Sales *(ShellDedmon_000714-000715)* | | | | |
| 3. | Email re: JG5 Inside Sales *(ShellDedmon_000716-000717)* | | | | |
| 4. | 2014.04.25 Email re: JG5 Inside Sales *(ShellDedmon_000738-000741)* | | | | |
| 5. | 2014.04.26 Email re: summary of conversation *(ShellDedmon_000744-000745)* | | | | |
| 6. | 2014.05.01 Email re: Shell EO *(ShellDedmon_000753)* | | | | |
| 7. | 2014.06.11 Email re: Shell EO *(ShellDedmon_000783-000785)* | | | | |
| 8. | 2014.05.12 Email re: Shell Inside Sales Recruiting *(ShellDedmon_000802-000803)* | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 9. | Selected Robert Dedmon pay records *(ShellDedmon_1109, 1110, 1137, 1160, 1184, 1218, 1245, 1272, 1297, 1322, 1344)* | | | | |
| 10. | Selected Michael Deley pay records *(ShellDedmon_1356, 1379, 1402, 1437, 1464, 1491, 1516, 1541, 1550)* | | | | |
| 11. | Selected Douglas Hund pay records *(ShellDedmon_2408-2409, 2453-2454, 2498-2499, 2567-2568, 2619-2620, 2672-2673, 2721-2722, 2770-2771, 2787-2788)* | | | | |
| 12. | 2014.02.19 Email re: interview *(ShellDedmon_000805-000806)* | | | | |
| 13. | Selected Susan Smith pay records *(ShellDedmon_003770, 3772)* | | | | |
| 14. | Selected Patrick Frnka pay records *(ShellDedmon_001572, 1597, 1566, 1609, 1675, 1737, 1739, 1954, 4733)* | | | | |
| 15. | Selected Jim Barker pay records *(ShellDedmon_004723, 4724)* | | | | |
| 16. | 2014.06.19 Email re: invitation to apply *(ShellDedmon_000838-000848)* | | | | |
| 17. | Dedmon's Goals & Performance Appraisal Reports *(ShellDedmon_004292-004328)* | | | | |
| 18. | 2014.07.11 Shell letter to Dedmon re: recruiting process *(ShellDedmon_000113-000116)* | | | | |
| 19. | 2014.07.14 Email re: Heads up *(Dedmon 000803)* | | | | |
| 20. | 2014.07.24 Email re: Confirmation of Clearance *(Dedmon 000769)* | | | | |
| 21. | 2014.01.17 Email re: (no subject) *(Dedmon 000762)* | | | | |
| 22. | 2014.01.24 Email re: invitation from Carl Williams for a job opportunity at Shell *(Dedmon 000811)* | | | | |
| 23. | 2014.02.03 Email re: Robert Dedmon Resume *(Dedmon 000827)* | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 24. | 2014.01.25 Email re: Thank you for your application to Shell *(Dedmon 000834)* | | | | |
| 25. | 2014.02.01 Email re: Sales Representative *(Dedmon 000850)* | | | | |
| 26. | 2014.02.19 Email re: Interview *(Dedmon 000805)* | | | | |
| 27. | 2014.02.12 Email re: Sales Representative *(Dedmon 000862)* | | | | |
| 28. | 2014.02.19 Email re: Thank You *(Dedmon 000835)* | | | | |
| 29. | 2014.04.23 Email re: (no subject) *(Dedmon 000766)* | | | | |
| 30. | 2014.07.10 Email re: Follow up *(Dedmon 000801)* | | | | |
| 31. | 2014.08.07 Email re: First Day Instructions *(Dedmon 000792)* | | | | |
| 32. | 2021.04.20 Email re: 2014 Tier 1 Structure *(ShellDedmon_000064)* | | | | |
| 33. | 2014.04.24 Email re: Power Sales Representative *(ShellDedmon_000726)* | | | | |
| 34. | 2014.04.15 Email re: JG5 Sales Rep *(ShellDedmon_000813)* | | | | |
| 35. | 2014.04.23 Email re: JG5 Sales Rep *(ShellDedmon_000722)* | | | | |
| 36. | 2014.04.24 Email re: Power Sales Representative *(ShellDedmon_000730-000731)* | | | | |
| 37. | 2014.04.25 Email re: JG6 Inside Sales *(ShellDedmon_000732)* | | | | |
| 38. | 2014.04.24 Email re: Power Sales Representative *(ShellDedmon_000725)* | | | | |
| 39. | 2014.04.25 Email re: Power Sales Representative *(ShellDedmon_000735-000736)* | | | | |
| 40. | 2014.04.29 Email re: Summary of conversation *(ShellDedmon_000751)* | | | | |
| 41. | 2014.05.01 Email re: Shell EO *(ShellDedmon_000753)* | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 42. | 2014.05.19 Email re: Power Sales Representative JG6 *(ShellDedmon_000758)* | | | | |
| 43. | 2014.05.19 Email re: Power Sales Representative JG6 *(ShellDedmon_000768)* | | | | |
| 44. | 2014.06.04 Email re: question *(ShellDedmon_000778)* | | | | |
| 45. | Shell 2014 job grade ranking email *(ShellDedmon_000863-000866)* | | | | |
| 46. | Shell 2015 job grade transfer form *(ShellDedmon_000099-000100)* | | | | |

Respectfully submitted,

*/s/ Marlene C. Williams*
Marlene C. Williams
State Bar No: 24001872
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
500 Dallas Street, Suite 2100
Houston, Texas 77002-4709
(713) 655-5750
(713) 655-0020 (Fax)
marlene.williams@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas – Houston Division, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following CM/ECF participants:

Ms. Amy E. Gibson
amy@gwfirm.com

Ms. Amanda C. Hernandez
amanda@ahfirm.com

| | |
|---|---|
| Mr. David L. Wiley<br>david@gwfirm.com<br>Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923 | AH Law, PLLC<br>5718 Westheimer, Suite 1000<br>Houston, Texas 77057 |

*/s/ Marlene C. Williams*
Marlene C. Williams