**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | Jury Demand |
| Shell Exploration & | § | |
| Production Company and | § | |
| Shell Trading Services | § | |
| Company, | § | |
| Defendants. | § | |

**PLAINTIFF ROBERT DEDMON'S EXHIBIT LIST**

Robert Dedmon may offer or use any exhibit listed on Defendants' exhibit list.

| No. | Description | Offer | Object | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| | | | | | |
| | **2014 qualifications** | | | | |
| | | | | | |
| | Dedmon resume [ShellDedmon 766-767] | | | | |
| | Frnka LinkedIn profile [Dedmon 2832] | | | | |
| | November 25, 2014 email Patrick Frnka steep learning curve [ShellDedmon 864] | | | | |
| | | | | | |
| | **2014 hiring process** | | | | |
| | | | | | |
| | January 17 & 22, 2014 emails [Williams, Dedmon] [Dedmon 762-763] | | | | |
| | January 24, 2014 email invitation to apply for sales representative job 4089BR [Dedmon 811] | | | | |
| | January 24 & 31, 2014 & February 3, 2014 emails [Williams, Dedmon] [Dedmon 827] | | | | |
| | January 25, 2014 application acknowledgement [Dedmon 834] | | | | |

|  | February 2014 calendar [Dedmon 2830] |  |  |  |  |
|---|---|---|---|---|---|
|  | February 1, 2014 emails about initial teleconference on February 4 [Dedmon 849-854] |  |  |  |  |
|  | February 3, 2014 email string between Carl Williams and Robert Dedmon about phone interview with Shell—top 3 candidates [Dedmon 826] |  |  |  |  |
|  | February 6, 2014 email string between Kendra Williams and Robert Dedmon about job compensation transparency [Dedmon 855-861] |  |  |  |  |
|  | February 12, 2014 emails about February 18 interview [Dedmon 862, 833] |  |  |  |  |
|  | February 14, 2014 emails about sales representative job 4089BR [Dedmon 830-831] |  |  |  |  |
|  | February 19, 2014 post-interview email [Dedmon, Allie] [Dedmon 835] |  |  |  |  |
|  | March 2014 calendar [Dedmon 2831] |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | March 1, 2014 promotion that led to loss of JG5 position in Houston (duplicate in exhibit list)<br><br>[ShellDedmon 705] | | | | |
| | February 19, 2014 & March 13, 2014 emails<br>[Williams, Dedmon]<br><br>[Dedmon 805] | | | | |
| | March 4, 2014 email from Robert Dedmon to Tyler Allie requesting update about job<br><br>[Dedmon 829] | | | | |
| | 2014-03-14 email string between Carl Williams and Robert Dedmon about candidates for the job<br>[Dedmon 803-809] | | | | |
| | March 31, 2014 emails about downgrading JG and differential treatment based on race<br>[Hartnett, Rangan, Bowman, Rozelle, Olmen]<br><br>[ShellDedmon 706] | | | | |
| | April 2-3, 2014 emails about JG downgrade<br>[Hartnett, Rangan, Bowman, Rozelle, Olmen]<br><br>[ShellDedmon 705] | | | | |
| | April 15, 2014 emails transferring request to make job offer at JG5<br>[Olmen, Rangan, Rozelle]<br><br>[ShellDedmon 813] | | | | |

|   | | | | | |
|---|---|---|---|---|---|
|   | April 17, 2014 email denying request to offer job at JG5 but agreeing to work with recruiting to keep candidate "warm" [Olmen, Rangan, Hartnett, Rozelle]<br><br>[ShellDedmon 717] | | | | |
|   | April 22, 2014 email requesting to offer job at JG6 to Dedmon, with compensation competitive to skill set so possibly at higher end of pay range; again expresses discomfort over race differential [Rangan, Olmen, Hartnett, Rozelle, Bowman]<br><br>[ShellDedmon 716] | | | | |
|   | April 22-23, 2014 email string, same subject but with April 23, 2014 promise to respond tomorrow [Olmen, Rangan, Hartnett, Foltz, Bowman]<br><br>[ShellDedmon 722] | | | | |
|   | April 23, 2014 emails showing Shell excuse for job grade<br><br>[Dedmon 766] | | | | |
|   | April 24, 2014 9:01 a.m. email Hartnett to Bowman, Rangan reiterating would like to offer power sale representative job to Dedmon; addresses qualifications and experience; attaches resume<br><br>[ShellDedmon 726] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | April 24, 2014 emails with false claims of lack of sales experience and questioning for the first time Dedmon's qualifications, Hartnett OMG response<br>[Sutton, Olmen, Bowman, Rangan]<br><br>[ShellDedmon 730-731, 725] | | | | |
| | April 24-25, 2014 emails about qualifications; requesting interview and selection notes<br>[Rangan, Olmen, Hartnett, Rozelle]<br><br>[ShellDedmon 732] | | | | |
| | April 25, 2014 email response showing Dedmon qualifications [Hartnett, Bowman, Sutton, Rangan<br><br>[ShellDedmon 735-736] | | | | |
| | April 25, 2014 email string including response that HR has concerns about this particular candidate and will evaluate whether any offer is made at all<br><br>[ShellDedmon 738] | | | | |
| | April 29, 2014 email from Rangan about hire situation, no difference in job duties, and prior hires without direct sales experience<br><br>[ShellDedmon 751] | | | | |
| | May 1, 2014 Rangan email about EO report<br><br>[ShellDedmon 753] | | | | |

|   | | | | | |
|---|---|---|---|---|---|
|   | May 12, 2014 Olmen email about EO report and belief she was following policy<br><br>[ShellDedmon 802] | | | | |
|   | May 19, 2014 emails about posting JG6 job as new position, though tasks are the same<br><br>[Shell Dedmon 758, 768] | | | | |
|   | June 4, 2014 Rangan email about pending EO investigation<br><br>[ShellDedmon 778] | | | | |
|   | June 19-20, 2014 emails about re-applying for sales representative, again shows Shell excuse for job grade<br><br>[Dedmon 838-840, 841-848] | | | | |
|   | June 22, 2014 emails inviting Dedmon to apply for sale representative job 8401BR<br><br>[Dedmon 810] | | | | |
|   | June 30, 2014 email interview that afternoon<br><br>[Dedmon 832-833] | | | | |
|   | July 9, 2014 emails with benefits attachments, question about sign-on bonus<br><br>[Dedmon 798] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | July 9-10, 2014 emails about sign on bonus and hard copy of offer letter<br><br>[Dedmon 801] | | | | |
| | July 11, 2014 welcome emails after (oral) employment acceptance<br><br>[Dedmon 479-480] | | | | |
| | July 11, 2014 Shell Exploration & Production Company conditional employment offer signed July 13, 2014<br><br>[ShellDedmon 113-116] | | | | |
| | July 11, 2014 email about "regret" for sales representative job 4089BR<br><br>[Dedmon 803] | | | | |
| | July 24, 2014 pre-employment screening cleared, start date August 19, 2014<br><br>[Dedmon 769] | | | | |
| | August 7, 2014 email confirming offer of employment, start date August 19, 2014, need to complete new hire paperwork<br><br>[Dedmon 792] | | | | |
| | 2014 JG5-6 pay ranges<br><br>[ShellDedmon 64] | | | | |
| | Teri Ramsey (Olmen) LinkedIn profile<br><br>[Dedmon 2827-2828] | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **2015** |  |  |  |  |
|  |  |  |  |  |  |
|  | February 10-11, 2015 emails about power sales position [ShellDedmon 849-857] |  |  |  |  |
|  | February 19, 2015 emails about power sales position [ShellDedmon 893] |  |  |  |  |
|  | February 21 2015 job grade transfer for Robert Dedmon [ShellDedmon 99-100] |  |  |  |  |
|  |  |  |  |  |  |
|  | **2020 revelation and prompt pursuit of rights** |  |  |  |  |
|  |  |  |  |  |  |
|  | 2020-06-07 text message from Sri Rangan to Robert Dedmon [Dedmon 2822] |  |  |  |  |
|  | October 16, 2020 charge of discrimination [ShellDedmon 65-67] |  |  |  |  |
|  | April 20, 2021 email sending 2014 JG5-6 pay ranges (duplicate on exhibit list) [ShellDedmon 64] |  |  |  |  |
|  | May 17, 2021 Shell's EEOC Position Statement [Dedmon 449-452] |  |  |  |  |
|  | May 17, 2021 Shell's EEOC Position Statement [Attachment B Anti-Harassment Policy for 2020] [Dedmon 404] |  |  |  |  |

|  | | | | | |
|---|---|---|---|---|---|
|  | May 17, 2021 Shell's EEOC Position Statement [Attachment C 2015 Code of Conduct]<br><br>[Dedmon 405-448] | | | | |
|  | | | | | |
|  | **2021**<br>**man down on team**<br>**and need to fill spot** | | | | |
|  | | | | | |
|  | undated job broadcast form<br><br>[ShellDedmon 1087-1093] | | | | |
|  | September 14, 2021 email from M. Tickle<br><br>[ShellDedmon 1073] | | | | |
|  | | | | | |
|  | **pay disparities**<br>**and damages** | | | | |
|  | | | | | |
|  | pay stubs<br><br>ShellDedmon 1137<br>ShellDedmon 1615<br>ShellDedmon 2860<br>ShellDedmon 3659<br>ShellDedmon 1160<br>ShellDedmon 1660<br>ShellDedmon 2903<br>ShellDedmon 3700<br>ShellDedmon 1184<br>ShellDedmon 1707<br>ShellDedmon 2931<br>ShellDedmon 3742<br>ShellDedmon 1218<br>ShellDedmon 1776<br>ShellDedmon 2987<br>ShellDedmon 3808<br>ShellDedmon 1245<br>ShellDedmon 1464 | | | | |

|   | |   |   |   |   |
|---|---|---|---|---|---|
|   | ShellDedmon 1829<br>ShellDedmon 3032<br>ShellDedmon 3857<br>ShellDedmon 1272<br>ShellDedmon 1491<br>ShellDedmon 1882<br>ShellDedmon 3060<br>ShellDedmon 3910<br>ShellDedmon 1297<br>ShellDedmon 1516<br>ShellDedmon 1931<br>ShellDedmon 3965<br>ShellDedmon 1322<br>ShellDedmon 1541<br>ShellDedmon 1980<br>ShellDedmon 4010<br>ShellDedmon 4720<br>ShellDedmon 4722<br>ShellDedmon 4735<br>ShellDedmon 4727<br>ShellDedmon 4724<br>ShellDedmon 4719<br>ShellDedmon 4721<br>ShellDedmon 4733<br>ShellDedmon 4725<br>ShellDedmon 4723 |   |   |   |   |
|   | Federal Rule of Evidence 1006 summary of pay differentials: Dedmon, Frnka, Kolkmann, Smith<br><br>[Dedmon 2823] |   |   |   |   |
|   | Shell 2020 mid marketer organizational chart<br><br>[ShellDedmon 1094] |   |   |   |   |

| | performance reviews | | | | |
|---|---|---|---|---|---|
| | 2014-2023 performance reviews—Robert Dedmon [ShellDedmon 4292-4328] | | | | |
| | 2015-2023 performance reviews—Michael Deley [ShellDedmon 4329-4358] | | | | |
| | 2014-2023 performance reviews—Patrick Frnka [ShellDedmon 4359-4402] | | | | |
| | 2014-2023 performance reviews—Jennifer Hartnett [ShellDedmon 4403-4449] | | | | |
| | 2014-2023 performance reviews—Doug Hund [ShellDedmon 4450-4491] | | | | |
| | 2014-2023 performance reviews—Ryan Kolkmann [ShellDedmon 4492-4519] | | | | |
| | 2019-2023 performance reviews—Logan Luzzi [ShellDedmon 4520-4529] | | | | |
| | 2014-2020 performance reviews—Sri Rangan [ShellDedmon 4530-4555] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 2014-2019 performance reviews—Patty Smith  [ShellDedmon 4556-4598] | | | | |
| | 2014-2023 performance reviews—Susan Smith  [ShellDedmon 4599-4637] | | | | |
| | 2014-2023 performance reviews—Michael Tickle  [ShellDedmon 4638-4710] | | | | |
| | | | | | |
| | damages | | | | |
| | | | | | |
| | 2022-2023 Confidential medical records [Turner]  [Dedmon2415-2436] | | | | |
| | 2023 Confidential medical records [Davis]  [Dedmon 2437-2446] | | | | |
| | April 10, 2023 Expert Disclosures [Jasmine Turner LPC Bio]  [Dedmon 481-489] | | | | |
| | April 10, 2023 Expert Disclosures [Anatomy of Anxiety graphic]  [Dedmon 490] | | | | |
| | April 10, 2023 Expert Disclosures [brain graphic]  [Dedmon 491] | | | | |
| | April 10, 2023 Expert Disclosures [labeled brain graphic]  [Dedmon 492] | | | | |
| | Headshot picture of Robert Dedmon  [Dedmon 972] | | | | |

|   | | | | | |
|---|---|---|---|---|---|
|   | Picture of Robert Dedmon at Shell [Dedmon 2823] | | | | |
|   | Robert Dedmon family pictures [Dedmon 1439-1465; 2824-2826] | | | | |
|   | Picture—international day for the elimination of racial discrimination [Dedmon 2829] | | | | |
|   | | | | | |
|   | **Shell policies** | | | | |
|   | 2001 Shell website policy—an inclusive workplace [Dedmon 1003-1006] | | | | |
|   | 2005 Shell sustainability report [Dedmon 1014-1058] | | | | |
|   | 2006 Shell sustainability report [Dedmon 1129-1173] | | | | |
|   | 2010 code-of-conduct-english on 2014 website [Dedmon 201-240] | | | | |
|   | 2010 diversity-inclusion brochure linked on the 2014 website [Dedmon 248-256] | | | | |
|   | 2012 in review – numbers Royal Dutch Shell plc Sustainability Report on 2014-07 Shell website [Dedmon 257] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 2012 Royal Dutch Shell plc Sustainability Report - Social data on 2014-07 Shell Website [Dedmon 259] | | | | |
| | 2014 Shell website entire_shell_sr13 [Sustainability Report] [No bates number] | | | | |
| | 2014 Shell Annual Report [Dedmon 1-200] | | | | |
| | 2014 Shell website eeoc gina supplement [Dedmon 241] | | | | |
| | 2014 Shell website eeoc self print poster [Dedmon 242-243] | | | | |
| | 2014 Shell website Trading - United States [Dedmon 244] | | | | |
| | 2014 Shell general business principles [Dedmon 1007-1013] | | | | |
| | July 2014 Shell website - Our people - Shell Global [Dedmon 245-246] | | | | |
| | July 2014 Shell website - Diversity and inclusion – our approach - Shell Global [Dedmon 247] | | | | |
| | 2015 Shell Code of Conduct English [Dedmon 260-303] | | | | |
| | 2015 Shell Annual Report [No bates number] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 2020 Shell united states racial diversity equity and inclusion plan [Dedmon 312-314] | | | | |
| | 2016 Barnes v. Shell example of helpline complaint memo [Dedmon 1512-1518] | | | | |
| | 2020 Shell Website Race and Equity Combined Contents [Dedmon 315-319] | | | | |
| | 2020 Shell Annual Report [No bates number] | | | | |
| | 2020 Shell ethics and compliance manual [Dedmon 1059-1128] | | | | |
| | 2021 shell annual report [No bates number] | | | | |
| | March 2021 Shell Global Helpline data privacy policy [Dedmon 1331-1335] | | | | |
| | May 17, 2021 Shell's EEOC Position Statement [Attachment A EO Policy for 2020] (duplicate on exhibit list) [Dedmon 403] | | | | |
| | May 17, 2021 Shell's EEOC Position Statement [Attachment B Anti-Harassment Policy for 2020] (duplicate on exhibit list) [Dedmon 404] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | May 17, 2021 Shell's EEOC Position Statement [Attachment C 2015 Code of Conduct] (duplicate on exhibit list)<br><br>[Dedmon 405-448] | | | | |
| | 2022 website shell global helpline<br><br>[Dedmon 1226-1230] | | | | |
| | 2023 Shell website [de&i]<br>[Dedmon 988-1000] | | | | |
| | 2023 Shell website [fair pay policy]<br><br>[Dedmon 1001-1002] | | | | |
| | February 2024 Shell website fact sheet<br><br>[Dedmon 2820-2821] | | | | |
| | | | | | |
| | **Shell knowledge and history of discrimination** | | | | |
| | 1996 nyt shell oil's own little problem<br><br>[Dedmon 2410-2414] | | | | |
| | 2006 DOL press release re Shell E&P<br><br>[Dedmon 2818-2819] | | | | |
| | 2012 harvard business school global diversity and Inclusion at Royal Dutch Shell<br><br>[No bates number] | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | 2014-2021 Shell EEO-1 Reports<br><br>[Dedmon 973-987] | | | | |
|  | 2017-10-27 Rodriguez v. Shell charge of discrimination<br><br>[Dedmon 2714-2717] | | | | |
|  | 2018 Shater Case Shell Oil EEOC Position Statement<br><br>[Dedmon 320-343] | | | | |
|  | 2020 Shell UK diversity-pay-gap-report<br><br>[Dedmon 304-311] | | | | |
|  | 2020-10-05 Shur v. Shell charge of discrimination<br><br>[Dedmon 2718-2725] | | | | |
|  | 2021 shell uk pay gap report<br><br>[Dedmon 2759-2772] | | | | |
|  | July 16, 2021 Sheikh v. Shell charge of discrimination<br><br>[Dedmon 2639-2644] | | | | |
|  | 2021-09 oilman magazine gaurdie banister]<br><br>[Dedmon 2374-2388] | | | | |
|  | 2022 shell uk pay gap report]<br><br>[Dedmon 2773-2793] | | | | |

| | 2023 shell uk pay gap report] [Dedmon 2794-2817] | | | | |
|---|---|---|---|---|---|
| | | | | | |

Date: February 10, 2025						Respectfully submitted,

*/s/ Amy Gibson*
_____
Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

	*and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*