**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | Jury Demand |
| Shell Exploration & | § | |
| Production Company and | § | |
| Shell Trading Services | § | |
| Company, | § | |
| Defendants. | § | |

**PLAINTIFF ROBERT DEDMON'S WITNESS LIST**

Robert Dedmon may call any witness listed in Defendants' witness list.

| compensatory damages: before and after witnesses | |
|---|---|
| | |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Keyani Adigun** | 2448 Baldwin Crescent NE Washington, D.C. 20018 |

| | ■ Live       □ Deposition |
|---|---|
| | ■ Fact       □ Expert       □ Record Custodian |
| | sister<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Brandon Crutchfield** | 8700 Stacy Road #5119 McKinney Texas 75070 |

| | ■ Live       □ Deposition |
|---|---|
| | ■ Fact       □ Expert       □ Record Custodian |
| | friend since high school<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Brushaud Callis** | 12110 Upton Park, San Antonio, Texas 78253 |

| | ■ Live       □ Deposition |
|---|---|
| | ■ Fact       □ Expert       □ Record Custodian |
| | friend since college<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Brooke Dedmon** | 1 Acosta Valley Drive<br>Missouri City, Texas 77459 |

| | ■ Live | □ Deposition | |
|---|---|---|---|
| | ■ Fact | □ Expert | □ Record Custodian |

wife
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Karen Dedmon** | 5303 Amber Sky Lane<br>Rosharon, Texas 77583 |

| | ■ Live | □ Deposition | |
|---|---|---|---|
| | ■ Fact | □ Expert | □ Record Custodian |

mother
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Robert Dedmon, Jr.** | 5303 Amber Sky Lane<br>Rosharon, Texas 77583 |

| | ■ Live | □ Deposition | |
|---|---|---|---|
| | ■ Fact | □ Expert | □ Record Custodian |

father
topics: one of the witnesses who will collectively address the non-wage harm to his son, including comparison of his son before and after learning of the discrimination

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Robert Dedmon IV** | 1 Acosta Valley Drive<br>Missouri City, Texas 77459 |

| ■ Live | ☐ Deposition | |
|---|---|---|
| ■ Fact | ☐ Expert | ☐ Record Custodian |

plaintiff
topics: one of the witnesses who will collectively address the non-wage harm to him, including comparison of how he was before and after learning of the discrimination

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **James Ledbetter** | 6307 Flewellen Falls Lane<br>Fulshear, Texas 77441 |

| ■ Live | ☐ Deposition | |
|---|---|---|
| ■ Fact | ☐ Expert | ☐ Record Custodian |

friend, former Shell employee
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Shara McKinnon (Brown)** | Pilot Flying J<br>20 E Greenway Plaza, Ste 200<br>Houston, Texas 77046 |

| ■ Live | ☐ Deposition | |
|---|---|---|
| ■ Fact | ☐ Expert | ☐ Record Custodian |

family friend
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Jamal Porter** | Simon Property Group<br>2901 South Capital of Texas Highway<br>Austin, Texas 78746 |

■ Live     ☐ Deposition

■ Fact     ☐ Expert     ☐ Record Custodian

friend since college
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Brandon Saunders** | Bell's Life Enhancement<br>6302 Highway 6, Suite K<br>Missouri City, Texas 77459 |

■ Live     ☐ Deposition

■ Fact     ☐ Expert     ☐ Record Custodian

friend
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Jasmine Turner** | Alchemy Counseling and Wellness, PLLC<br>1011 Augusta Drive, Ste #107<br>Houston, Texas 77057 |

■ Live     ☐ Deposition

■ Fact     ■ Expert     ■ Record Custodian

treating counselor
topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon; treatment; teaching jury about anxiety, panic attacks, cumulative trauma; explanation of the subjects identified in expert disclosures for her

| | | |
|---|---|---|
| | **other trial witnesses:** **liability, economic damages, and punitive damages** | |
| | | |
| No. | Witness Name | Witness Address |
| | **Gentill Abdulla** | 9613 Bayou Brook Street Houston, Texas 77063 |
| | ■ Live  ☐ Deposition  ■ Fact  ☐ Expert  ☐ Record Custodian  former Shell power trading analyst who reported to Luis Lugo and worked with Mr. Dedmon topics: basic background; organizational structure; pay structure; comparative skill of those he worked with on the inside sales team; observed differential treatment of workers based on protected characteristics | |
| | | |
| No. | Witness Name | Witness Address |
| | **Gaurdie E. Banister** | 2415 San Felipe Street #9 Houston, Texas 77019-2509 |
| | ■ Live  ☐ Deposition  ■ Fact  ☐ Expert  ☐ Record Custodian  former Shell employee; director with several organizations, such as Enbridge, Dow, Tyson Foods, and Russell Reynolds Associates; CEO of Different Points of View; Chairman of Tyson Foods, Inc.'s Compensation and Leadership Development Committee topics: basic background; history of race discrimination at Shell based on observation and experience; his quote in the Original Petition and Jury Demand filed in this case; equitable compensation systems; preventing and stopping unlawful pay disparities | |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Jim Barker** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | | |
|---|---|---|
| | ■ Live    □ Deposition | |
| | ■ Fact    □ Expert    □ Record Custodian | |
| | Shell employee on the inside sales team<br>topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies | |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Lisa Billington** | 3000 Bissonnet Street, Apt. 7110<br>Houston, Texas 77005 |

| | | |
|---|---|---|
| | ■ Live    □ Deposition | |
| | ■ Fact    □ Expert    □ Record Custodian | |
| | former human resources professional for Shell<br>topics: basic rules to prevent and stop pay discrimination; pre-employment process from offer to first day of payroll; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case | |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Beth Bowman** | Targa<br>811 Louisiana, Suite 2100<br>Houston, Texas 77002 |

| | | |
|---|---|---|
| | ■ Live    □ Deposition | |
| | ■ Fact    □ Expert    □ Record Custodian | |
| | former Senior Vice President for Shell and direct supervisor for Sri Rangan<br>topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, | |

| | and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case | |
|---|---|---|
| | | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Robert Dedmon** | 1 Acosta Valley Drive<br>Missouri City, Texas 77459 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>plaintiff<br>topics: all topics concerning liability and damages | |
| | | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Michael Deley** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>Shell employee on the inside sales team<br>topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies; the events surrounding the need to fill a vacant position on the team in 2021 | |
| | | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Megan Foltz (Rozelle)** | 409 W. 24th Street<br>Houston, Texas 77008 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>former Shell human resources account manager<br>topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 and 2015 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Patrick Frnka** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| ■ Live | □ Deposition | |
|---|---|---|
| ■ Fact | □ Expert | □ Record Custodian |

Shell employee on the inside sales team
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies; the events surrounding the need to fill a vacant position on the team in 2021

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Tim Hood** | Mercuria Energy America<br>20 Greenway Plaza #650<br>Houston, Texas 77046 |

| ■ Live | □ Deposition | |
|---|---|---|
| ■ Fact | □ Expert | □ Record Custodian |

former Shell manager over power trading
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position in trading; company policies; his observations concerning unequal pay

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Doug Hund** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| ■ Live | □ Deposition | |
|---|---|---|
| ■ Fact | □ Expert | □ Record Custodian |

Shell employee on the inside sales team
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies; the events surrounding the need to fill a vacant position on the team in 2021

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Sarah Hutnek** | 1217 W. 16th Street<br>Houston, Texas 77008 |

| ■ Live | ☐ Deposition | |
|---|---|---|
| ■ Fact | ☐ Expert | ☐ Record Custodian |

former Shell human resources consultant
topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about response to EEOC charge of discrimination; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Ryan Kolkmann** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| ■ Live | ☐ Deposition | |
|---|---|---|
| ■ Fact | ☐ Expert | ☐ Record Custodian |

Shell employee on the inside sales team
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies; the events surrounding his exit and so the need to fill a vacant position on the team in 2021

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **James Ledbetter** | 6307 Flewellen Falls Lane<br>Fulshear, Texas 77441 |

| ■ Live | ☐ Deposition | |
|---|---|---|
| ■ Fact | ☐ Expert | ☐ Record Custodian |

former Shell employee
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and positions with Shel; company policies; observed differential treatment of workers based on protected characteristics

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Meredith Lilly** | Mercuria Energy America<br>20 Greenway Plaza #650<br>Houston, Texas 77046 |

| | | |
|---|---|---|
| | ■ Live   □ Deposition | |
| | ■ Fact   □ Expert   □ Record Custodian | |

former Shell employee on the inside sales team
topics: basic background; organizational structure; pay structure; her own pay and job grades; her experience and observations related to her work and position on the inside sales team; company policies; her offer of employment at JG5 for the same job duties roles later offered to Mr. Dedmon

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Grace Loh** | 150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | | |
|---|---|---|
| | ■ Live   □ Deposition | |
| | ■ Fact   □ Expert   □ Record Custodian | |

Shell employee applicant for the open 2021 raise that was given to Michael Deley
topics: basic background, the process surrounding her application and overall process concerning same

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Luis Lugo** | 13802 Majestic Spring Lane<br>Humble, Texas 77396 |

| | | |
|---|---|---|
| | ■ Live   □ Deposition | |
| | ■ Fact   □ Expert   □ Record Custodian | |

former Shell manager over energy trading; current Vice President and Head of ERCOT Trading for Mercuria Energy America
topics: subjects addressed in his declaration; basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position working with the inside sales team; company policies; observed differential treatment of workers based on protected characteristics

| No. | Witness Name | Witness Address |
|---|---|---|
| | **Logan Luzzi** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

■ Live ☐ Deposition

■ Fact ☐ Expert ☐ Record Custodian

Shell employee on the inside sales team
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies

| No. | Witness Name | Witness Address |
|---|---|---|
| | **Sean Matthews** | 30232 Post Oak Run<br>Magnolia, Texas 77355 |

■ Live ☐ Deposition

■ Fact ☐ Expert ☐ Record Custodian

former Shell energy trader; current head of Midwest Sales at Mercuria
topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position as a trader working with the inside sales team; his reports about pay disparities to Glenn Wright; company policies; observed differential treatment of workers based on protected characteristics

| No. | Witness Name | Witness Address |
|---|---|---|
| | **Laura Moses** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

■ Live ☐ Deposition

■ Fact ☐ Expert ☐ Record Custodian

Shell employee relations advisor
topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about response to EEOC charge of discrimination; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Priscilla Partida** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

■ Live　　☐ Deposition

■ Fact　　☐ Expert　　☐ Record Custodian

former Shell manager over inside sales
topics: basic background; organizational structure; pay structure; her own pay and job grades; her experience and observations related to her work and position working with the inside sales team; company policies

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Teri Ramsey (Cornelius-Olmen)** | 3003 Eagle Ridge Way<br>Houston, Texas 77084 |

■ Live　　☐ Deposition

■ Fact　　☐ Expert　　☐ Record Custodian

former Shell human resources manager for Shell
topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Srikala (Sri) Rangan** | 30 Dorthea Lane<br>Sugar Land, Texas 77479 |

■ Live　　☐ Deposition

■ Fact　　☐ Expert　　☐ Record Custodian

former Shell hiring manager and later Vice President
topics: the subjects addressed in her declaration; basic background; basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 and 2015 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for and then moved to; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; direct evidence of race discrimination in this case; her EEO report to Shell; her knowledge, observation, and experience concerning all of the above

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Raif Rucker** | 204 Vincent Street<br>Houston, Texas 77009 |

| | | |
|---|---|---|
| | ■ Live ☐ Deposition<br><br>■ Fact ☐ Expert ☐ Record Custodian<br><br>Shell employee on the inside sales team<br>topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies; observed and experienced differential treatment of workers based on protected characteristics | |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Robyn L. Sutton** | Shell<br>1000 Main Street<br>Houston, Texas 77010 |

| | | |
|---|---|---|
| | ■ Live ☐ Deposition<br><br>■ Fact ☐ Expert ☐ Record Custodian<br><br>Shell Trading & Supply human resources manager<br>topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case | |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Michael Tickle** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | | |
|---|---|---|
| | ■ Live ☐ Deposition<br><br>■ Fact ☐ Expert ☐ Record Custodian<br><br>Shell manager for the inside sales team<br>topics: basic background; organizational structure; pay structure; his own pay and job grades and those of his team members over time; his experience and observations related to his work and position with the inside sales team; company policies; the events surrounding the need to | |

| | fill a vacant position on the team in 2021; potential falsification of performance data |
|---|---|

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Ken Ueng** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | ■ Live       □ Deposition |
|---|---|
| | ■ Fact       □ Expert     □ Record Custodian |
| | Shell employee on the inside sales team<br>topics: basic background; organizational structure; pay structure; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; company policies |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Erin Verdon** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | ■ Live       □ Deposition |
|---|---|
| | ■ Fact       □ Expert     □ Record Custodian |
| | Shell Trading and Supply Vice President of Human Resources who signed employment offer letter for Mr. Dedmon<br>topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **D'Andra Wallace** | Total Energies<br>1201 Louisiana Street, Suite 1800<br>Houston, Texas 77002 |

| | ■ Live       □ Deposition |
|---|---|
| | ■ Fact       □ Expert     □ Record Custodian |
| | former Shell employee who worked with Mr. Dedmon She can testify<br>topics: basic background; organizational structure; pay structure; her own pay and job grades; her experience and observations related to her work with Mr. Dedmon |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Kendra Williams** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | ■ Live      □ Deposition |
|---|---|
| | ■ Fact      □ Expert    □ Record Custodian |
| | Shell recruiter<br>topics: basic rules to prevent and stop pay discrimination; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case |

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Glenn T. Wright** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | ■ Live      □ Deposition |
|---|---|
| | ■ Fact      □ Expert    □ Record Custodian |
| | Current SVP for Shell<br>topics: basic rules to prevent and stop pay discrimination; organizational structure; pay structure; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; reports he received about pay inequity; Sri Rangan's disclosure of discrimination to Mr. Dedmon and his negative reaction to same |

| | post-verdict witnesses: attorneys' fees | |
|---|---|---|
| | | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Amy E. Gibson** | Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923 |
| | ■ Live    □ Deposition<br><br>■ Fact    ■ Expert    ■ Record Custodian<br><br>Attorney-in-Charge and counsel of record in this civil action for Robert Dedmon. She is expected to testify on attorneys' fees. | |
| | | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Andrew Golub** | Dow Golub Remels & Gilbreath, PLLC<br>2700 Post Oak Boulevard, Suite 1750<br>Houston, Texas 77056 |
| | ■ Live    □ Deposition<br><br>■ Fact    ■ Expert    ■ Record Custodian<br><br>He is expected to testify as an expert on attorneys' fees. | |
| | | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Amanda C. Hernandez** | AH Law, PLLC<br>5718 Westheimer, Suite 1000<br>Houston, Texas 77057 |
| | ■ Live    □ Deposition<br><br>■ Fact    ■ Expert    ■ Record Custodian<br><br>Of counsel and counsel of record in this civil action for Robert Dedmon. She is expected to testify on attorneys' fees. | |

| No. | Witness Name | Witness Address |
|---|---|---|
| | **Brian Sanford** | Sanford Firm<br>Attorneys at Law<br>1910 Pacific Avenue, 15th Floor<br>Dallas, Texas 75201 |
| | ■ Live    □ Deposition<br><br>■ Fact    ■ Expert    ■ Record Custodian<br><br>He is expected to testify as an expert on attorneys' fees. | |

| No. | Witness Name | Witness Address |
|---|---|---|
| | **David L. Wiley** | Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923 |
| | ■ Live    □ Deposition<br><br>■ Fact    ■ Expert    □ Record Custodian<br><br>Of counsel and counsel of record in this civil action for Robert Dedmon. He is expected to testify on attorneys' fees. | |

Date: February 10, 2025            Respectfully submitted,

*/s/ Amy Gibson*

_____

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

      *and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*