UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon<br>    Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:21–cv–03371 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| Shell Exploration & Production Company, et al.<br>    Defendant. | § § § | |

NOTICE OF RESETTING

Take notice that the Docket Call set for 2/18/2025, has been RESET as follows:

Tuesday, March 11, 2025, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002