**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |

Defendant.

### ORDER

The parties' joint agreed motion to extend the pretrial materials objection and response deadline is GRANTED. It is therefore

ORDERED that **February 28, 2025** is the deadline to file objections to pretrial materials and responses to motions in limine; and it is further

ORDERED that the parties shall promptly inform the Court if the case settles or if they reach an impasse on settlement.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1