United States District Court
Southern District of Texas
**ENTERED**
February 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| | | |
| Defendant. | | |

## ORDER

The parties' joint agreed motion to extend the pretrial materials objection and response deadline is GRANTED. It is therefore

ORDERED that **February 28, 2025** is the deadline to file objections to pretrial materials and responses to motions in limine; and it is further

ORDERED that the parties shall promptly inform the Court if the case settles or if they reach an impasse on settlement.

SO ORDERED.

Signed on February 26, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

1