UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | Jury Demand |
| Shell Exploration & | § | |
| Production Company and | § | |
| Shell Trading Services | § | |
| Company, | § | |
| Defendants. | § | |

**PLAINTIFF ROBERT DEDMON'S FIRST AMENDED WITNESS LIST**

Robert Dedmon may call any witness listed in Defendants' witness list. This amended witness list does not add any new witnesses other than two witnesses listed on Defendants' Witness List [ECF Doc. 63].

| compensatory damages: before and after witnesses | | |
|---|---|---|
| **NO.** | **WITNESS NAME** | **WITNESS ADDRESS** |
| | **Keyani Adigun** | 2448 Baldwin Crescent NE<br>Washington, D.C. 20018 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>sister<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| | | |
|---|---|---|
| **NO.** | **WITNESS NAME** | **WITNESS ADDRESS** |
| | **Brandon Crutchfield** | 8700 Stacy Road #5119<br>McKinney, Texas 75070 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>friend since high school<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| | | |
|---|---|---|
| **NO.** | **WITNESS NAME** | **WITNESS ADDRESS** |
| | **Brushaud Callis** | 12110 Upton Park<br>San Antonio, Texas 78253 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>friend since college<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Brooke Dedmon** | 1 Acosta Valley Drive<br>Missouri City, Texas 77459 |
| | ■ Live　　☐ Deposition<br>■ Fact　　☐ Expert　　☐ Record Custodian<br>wife<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Karen Dedmon** | 5303 Amber Sky Lane<br>Rosharon, Texas 77583 |
| | ■ Live　　☐ Deposition<br>■ Fact　　☐ Expert　　☐ Record Custodian<br>mother<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Robert Dedmon, Jr.** | 5303 Amber Sky Lane<br>Rosharon, Texas 77583 |
| | ■ Live　　☐ Deposition<br>■ Fact　　☐ Expert　　☐ Record Custodian<br>father<br>topics: one of the witnesses who will collectively address the non-wage harm to his son, including comparison of his son before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Robert Dedmon IV** | 1 Acosta Valley Drive<br>Missouri City, Texas 77459 |
| | ■ Live　　☐ Deposition<br>■ Fact　　☐ Expert　　☐ Record Custodian<br>plaintiff<br>topics: one of the witnesses who will collectively address the non-wage harm to him, including comparison of how he was before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **James Ledbetter** | 6307 Flewellen Falls Lane<br>Fulshear, Texas 77441 |
| | ■ Live　　☐ Deposition<br>■ Fact　　☐ Expert　　☐ Record Custodian<br>friend, former Shell employee<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Shara McKinnon (Brown)** | 20462 Avelignese Way<br>Tomball, Texas 77377 |
| | ■ Live　　☐ Deposition<br>■ Fact　　☐ Expert　　☐ Record Custodian<br>family friend<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
| | **Jamal Porter** | 19808 Eire Drive<br>Pflugerville, Texas 78660<br><br>Simon Property Group<br>2901 South Capital of Texas Highway<br>Austin, Texas 78746 |
| | ■ Live  □ Deposition<br>■ Fact  □ Expert  □ Record Custodian<br><br>friend since college<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
| | **Brandon Saunders** | Bell's Life Enhancement<br>6302 Highway 6, Suite K<br>Missouri City, Texas 77459 |
| | ■ Live  □ Deposition<br>■ Fact  □ Expert  □ Record Custodian<br><br>friend<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon, including comparison of Mr. Dedmon before and after learning of the discrimination | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
| | **Jasmine Turner** | Alchemy Counseling and Wellness, PLLC<br>1011 Augusta Drive, Ste #107<br>Houston, Texas 77057 |
| | ■ Live  □ Deposition<br>■ Fact  ■ Expert  ■ Record Custodian<br><br>treating counselor<br>topics: one of the witnesses who will collectively address the non-wage harm to Mr. Dedmon; treatment; teaching jury about anxiety, panic attacks, cumulative trauma; explanation of the subjects identified in expert disclosures for her | |

| other trial witnesses: liability, economic damages, punitive damages | | |
|---|---|---|
| No. | WITNESS NAME | WITNESS ADDRESS |
| | **Gentill Abdulla** | 9613 Bayou Brook Street<br>Houston, Texas 77063 |

■ Live    ☐ Deposition

■ Fact    ☐ Expert    ☐ Record Custodian

former Shell power trading analyst who reported to Luis Lugo and worked with inside sales team including Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational and pay structures and operations; his experience and observations related to his work and position; comparative skill of those he worked with on the inside sales team; observed differential treatment of workers based on protected characteristics

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Gaurdie E. Banister** | 2415 San Felipe Street #9<br>Houston, Texas 77019-2509 |

■ Live    ☐ Deposition

■ Fact    ☐ Expert    ☐ Record Custodian

former Shell employee; director with several organizations, such as Enbridge, Dow, Tyson Foods, and Russell Reynolds Associates; CEO of Different Points of View; Chairman of Tyson Foods, Inc.'s Compensation and Leadership Development Committee
topics: basic background; history of race discrimination at Shell based on observation and experience; his quote in the Original Petition and Jury Demand filed in this case; equitable compensation systems; preventing and stopping unlawful pay disparities

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Jim Barker** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

■ Live       ☐ Deposition

■ Fact       ☐ Expert       ☐ Record Custodian

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; existence and location of missing documents

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Lisa Billington** | 3000 Bissonnet Street, Apt. 7110<br>Houston, Texas 77005 |

■ Live       ☐ Deposition

■ Fact       ☐ Expert       ☐ Record Custodian

former human resources professional for Shell
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; pre-employment process from offer to first day of payroll; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Beth Bowman** | Targa<br>811 Louisiana, Suite 2100<br>Houston, Texas 77002 |

■ Live     ☐ Deposition

■ Fact     ☐ Expert     ☐ Record Custodian

former Senior Vice President for Shell and direct supervisor for Sri Rangan
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; her own pay and job grades; her experience and observations related to her work and position; involvement and knowledge about 2014 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; observed differential treatment of workers based on protected characteristics; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Robert Dedmon** | 1 Acosta Valley Drive<br>Missouri City, Texas 77459 |

■ Live     ☐ Deposition

■ Fact     ☐ Expert     ☐ Record Custodian

plaintiff
topics: all topics concerning liability and damages

| No. | Witness Name | Witness Address |
|-----|-------------|-----------------|
|     | **Michael Deley** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|     | ■ Live        □ Deposition |
|-----|----------------------------|
|     | ■ Fact    □ Expert    □ Record Custodian |

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; the events surrounding the need to fill a vacant position on the team in 2021; existence and location of missing documents

| No. | Witness Name | Witness Address |
|-----|-------------|-----------------|
|     | **Megan Foltz (Rozelle)** | 409 W. 24th Street<br>Houston, Texas 77008 |

|     | ■ Live        □ Deposition |
|-----|----------------------------|
|     | ■ Fact    □ Expert    □ Record Custodian |

former Shell human resources account manager
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about 2014 and 2015 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Patrick Frnka** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>Shell employee on the inside sales team with Mr. Dedmon<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; the events surrounding the need to fill a vacant position on the team in 2021; existence and location of missing documents | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Jennifer Hartnett** | address unknown<br>c/o Marlene Williams<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>500 Dallas Street, Suite 2100 Houston, Texas 77002<br>(713) 655-0855 |
| | ■ Live     ☐ Deposition<br><br>■ Fact     ☐ Expert     ☐ Record Custodian<br><br>former Shell manager<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about 2014 and 2015 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; her own pay and job grades; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; differential treatment of workers based on protected characteristics; existence and location of missing documents | |

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
|  | **Tim Hood** | Mercuria Energy America<br>20 Greenway Plaza #650<br>Houston, Texas 77046 |

|  | ■ Live    ☐ Deposition |
|---|---|
|  | ■ Fact    ☐ Expert    ☐ Record Custodian |

former Shell manager over power trading
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational and pay structures and operations; performance metrics and revenue or profit tracking; his own pay and job grades; his experience and observations related to his work and position; his observations concerning unequal pay

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
|  | **Doug Hund** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|  | ■ Live    ☐ Deposition |
|---|---|
|  | ■ Fact    ☐ Expert    ☐ Record Custodian |

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; power versus gas sales; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; the events surrounding the need to fill a vacant position on the team in 2021; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
|  | **Sarah Hutnek** | 1217 W. 16th Street<br>Houston, Texas 77008 |

| ■ Live | ☐ Deposition |
|---|---|
| ■ Fact | ☐ Expert     ☐ Record Custodian |

former Shell human resources consultant
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about response to EEOC charge of discrimination; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
|  | **Ryan Kolkmann** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| ■ Live | ☐ Deposition |
|---|---|
| ■ Fact | ☐ Expert     ☐ Record Custodian |

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; the events surrounding his exit and so the need to fill a vacant position on the team in 2021; existence and location of missing documents

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
|  | **James Ledbetter** | 6307 Flewellen Falls Lane<br>Fulshear, Texas 77441 |

■ Live        ☐ Deposition

■ Fact        ☐ Expert        ☐ Record Custodian

former Shell employee
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational and pay structures and operations; his own pay and job grades; his experience and observations related to his work and position; the internal resolution process; observed differential treatment of workers based on protected characteristics; existence and location of missing documents

| No. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
|  | **Meredith Lilly** | Mercuria Energy America<br>20 Greenway Plaza #650<br>Houston, Texas 77046 |

■ Live        ☐ Deposition

■ Fact        ☐ Expert        ☐ Record Custodian

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; her own pay and job grades; her experience and observations related to her work and position on the inside sales team; her offer of employment at JG5 for the same job duties roles later offered to Mr. Dedmon; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Grace Loh** | 150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | |
|---|---|
| ■ Live       ☐ Deposition | |
| ■ Fact       ☐ Expert       ☐ Record Custodian | |

Shell employee applicant for the open 2021 raise that was given to Michael Deley
topics: basic background, the process surrounding her application and overall process concerning same

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Luis Lugo** | 13802 Majestic Spring Lane<br>Humble, Texas 77396 |

| | |
|---|---|
| ■ Live       ☐ Deposition | |
| ■ Fact       ☐ Expert       ☐ Record Custodian | |

former Shell manager over energy trading; current Vice President and Head of ERCOT Trading for Mercuria Energy America
topics: topics addressed in his declaration; basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational and pay structures and operations; performance metrics and revenue or profit tracking; his own pay and job grades; his experience and observations related to his work and position; observed differential treatment of workers based on protected characteristics; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Logan Luzzi** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | |
|---|---|
| ■ Live       ☐ Deposition | |
| ■ Fact       ☐ Expert       ☐ Record Custodian | |

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and

observations related to his work and position on the inside sales team; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Sean Matthews** | 30232 Post Oak Run<br>Magnolia, Texas 77355 |

■ Live     ☐ Deposition

■ Fact     ☐ Expert     ☐ Record Custodian

former Shell energy trader; current head of Midwest Sales at Mercuria
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational and pay structures and operations; performance metrics and revenue or profit tracking; his own pay and job grades; his experience and observations related to his work and position; observed differential treatment of workers based on protected characteristics; his reports about pay disparities to Glenn Wright; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| | **Laura Moses** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

■ Live     ☐ Deposition

■ Fact     ☐ Expert     ☐ Record Custodian

Shell employee relations advisor
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about response to EEOC charge of discrimination; existence and location of missing documents

| No. | Witness Name | Witness Address |
|---|---|---|
| | **Priscilla Partida** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

| | | |
|---|---|---|
| | ■ Live          ☐ Deposition | |
| | ■ Fact          ☐ Expert          ☐ Record Custodian | |

Shell employee and later manager on the inside sales team where Mr. Dedmon worked
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; her own pay and job grades; her experience and observations related to her work and position on the inside sales team; observed and experienced differential treatment of workers based on protected characteristics; existence and location of missing documents

| No. | Witness Name | Witness Address |
|---|---|---|
| | **Teri Ramsey (Cornelius-Olmen)** | 3003 Eagle Ridge Way<br>Houston, Texas 77084 |

| | | |
|---|---|---|
| | ■ Live          ☐ Deposition | |
| | ■ Fact          ☐ Expert          ☐ Record Custodian | |

former Shell human resources manager for Shell
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about 2014 and 2015 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
|     | **Srikala (Sri) Rangan** | 30 Dorthea Lane<br>Sugar Land, Texas 77479 |

■ Live    ☐ Deposition

■ Fact    ☐ Expert    ☐ Record Custodian

former Shell hiring manager and later Vice President
topics: topics addressed in her declaration; basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; organizational, pay, account, and account assignment structures and operations; performance metrics and revenue, profit, and gross margin tracking; her own pay and job grades; her experience and observations related to her work and position; observed differential treatment of workers based on protected characteristics; involvement and knowledge about 2014 and 2015 hiring process related to the job duties position that Mr. Dedmon was ultimately hired for and then moved to; direct evidence of race discrimination in this case; her EEO report to Shell; her knowledge, observation, and experience concerning all of the above; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
|     | **Chris Riley** | 204 Vincent Street<br>Houston, Texas 77009 |

■ Live    ☐ Deposition

■ Fact    ☐ Expert    ☐ Record Custodian

Shell employee on Defendants' witness list
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; organizational, pay, account, and account assignment structures and operations; performance metrics and revenue, profit, and gross margin tracking; her own pay and job grades; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
|  | **Raif Rucker** | 204 Vincent Street<br>Houston, Texas 77009 |

■ Live    ☐ Deposition

■ Fact    ☐ Expert    ☐ Record Custodian

Shell employee on the inside sales team with Mr. Dedmon
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; observed and experienced differential treatment of workers based on protected characteristics; existence and location of missing documents

| NO. | WITNESS NAME | WITNESS ADDRESS |
|-----|--------------|-----------------|
|  | **Robyn L. Sutton** | Shell<br>1000 Main Street<br>Houston, Texas 77010 |

■ Live    ☐ Deposition

■ Fact    ☐ Expert    ☐ Record Custodian

Shell Trading & Supply human resources manager
topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about 2014 and 2015 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; existence and location of missing documents

| No. | Witness Name | Witness Address |
|---|---|---|
|  | **Michael Tickle** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|  | ■ Live        ☐ Deposition |
|---|---|
|  | ■ Fact        ☐ Expert        ☐ Record Custodian |
|  | Shell manager for the inside sales team where Mr. Dedmon worked<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; the events surrounding the need to fill a vacant position on the team in 2021; potential falsification of performance data; existence and location of missing documents |

| No. | Witness Name | Witness Address |
|---|---|---|
|  | **Ken Ueng** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|  | ■ Live        ☐ Deposition |
|---|---|
|  | ■ Fact        ☐ Expert        ☐ Record Custodian |
|  | Shell employee on the inside sales team with Mr. Dedmon<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and gross margin tracking; his own pay and job grades; his experience and observations related to his work and position on the inside sales team; existence and location of missing documents |

| No. | Witness Name | Witness Address |
|---|---|---|
|  | **Erin Verdon** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|  | ■ Live        ☐ Deposition |
|---|---|
|  | ■ Fact        ☐ Expert        ☐ Record Custodian |
|  | Shell Trading and Supply Vice President of Human Resources who signed employment offer letter for Mr. Dedmon<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about 2014 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; existence and location of missing documents |

| No. | Witness Name | Witness Address |
|---|---|---|
|  | **D'Andra Wallace** | Total Energies<br>1201 Louisiana Street, Suite 1800<br>Houston, Texas 77002 |

|  | ■ Live        ☐ Deposition |
|---|---|
|  | ■ Fact        ☐ Expert        ☐ Record Custodian |
|  | former Shell employee who worked with Mr. Dedmon<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational and pay structures and operations; her own pay and job grades; her experience and observations related to her work and position; observed and experienced differential treatment of workers based on protected characteristics; her experience and observations related to her work with Mr. Dedmon |

| No. | Witness Name | Witness Address |
|-----|-------------|-----------------|
|     | **Kendra Williams** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|     | ■ Live        □ Deposition |
|-----|----------------------------|
|     | ■ Fact        □ Expert       □ Record Custodian |
|     | Shell recruiter<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; company promises, policies, and requirements concerning diversity, equity, and inclusion; relationship of different entities as relevant to this case; involvement and knowledge about 2014 hiring process related to the job duties positions that Mr. Dedmon was ultimately offered; existence and location of missing documents |

| No. | Witness Name | Witness Address |
|-----|-------------|-----------------|
|     | **Glenn T. Wright** | Shell<br>150 N. Dairy Ashford<br>Houston, Texas 77090 |

|     | ■ Live        □ Deposition |
|-----|----------------------------|
|     | ■ Fact        □ Expert       □ Record Custodian |
|     | Current SVP for Shell<br>topics: Shell employee on the inside sales team with Mr. Dedmon<br>topics: basic background; company policies and practices; discrimination and pay equity training, supervision, enforcement; discrimination prevention and enforcement; organizational, pay, customer account, and account assignment structures and operations; performance metrics and revenue or profit tracking; his own pay and job grades; his experience and observations related to his work and position; observed differential treatment of workers based on protected characteristics; reports he received about pay disparities based on race; relationship of different entities as relevant to this case; Sri Rangan's disclosure of discrimination to Mr. Dedmon and his negative reaction to same; existence and location of missing documents |

| post-verdict witnesses: attorneys' fees | | |
|---|---|---|
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Amy E. Gibson** | Gibson Wiley PLLC 1500 Jackson Street #109 Dallas, Texas 75201-4923 |
| | ■ Live    □ Deposition ■ Fact    ■ Expert    ■ Record Custodian Attorney-in-Charge and counsel of record in this civil action for Robert Dedmon. She is expected to testify on attorneys' fees. | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Andrew Golub** | Dow Golub Remels & Gilbreath, PLLC 2700 Post Oak Boulevard, Suite 1750 Houston, Texas 77056 |
| | ■ Live    □ Deposition ■ Fact    ■ Expert    ■ Record Custodian He is expected to testify as an expert on attorneys' fees. | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Amanda C. Hernandez** | AH Law, PLLC 5718 Westheimer, Suite 1000 Houston, Texas 77057 |
| | ■ Live    □ Deposition ■ Fact    ■ Expert    ■ Record Custodian Of counsel and counsel of record in this civil action for Robert Dedmon. She is expected to testify on attorneys' fees. | |
| NO. | WITNESS NAME | WITNESS ADDRESS |
| | **Brian Sanford** | Sanford Firm Attorneys at Law 1910 Pacific Avenue, 15th Floor Dallas, Texas 75201 |
| | ■ Live    □ Deposition ■ Fact    ■ Expert    ■ Record Custodian He is expected to testify as an expert on attorneys' fees. | |

| No. | Witness Name | Witness Address |
|---|---|---|
| | **David L. Wiley** | Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923 |
| | ■ Live　　☐ Deposition<br>■ Fact　　■ Expert　　☐ Record Custodian<br><br>Of counsel and counsel of record in this civil action for Robert Dedmon. He is expected to testify on attorneys' fees. | |

Date: March 6, 2025                Respectfully submitted,

*/s/ Amy Gibson*

_____

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

      *and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*