UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon <br>    Plaintiff, | § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 4:21–cv–03371 |
| vs. | § <br> § | JUDGE CHARLES ESKRIDGE |
| Shell Exploration & Production Company, et al. <br>    Defendant. | § <br> § <br> § | |

NOTICE OF RESETTING

Take notice that the Docket Call set for 3/11/2025, has been RESET as follows:

Tuesday, April 22, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002