UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT DEDMON, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SHELL EXPLORATION & PRODUCTION COMPANY and SHELL TRADING SERVICES COMPANY, | § | |
| Defendants. | § | |

## MINUTE ENTRY

Minute entry for DOCKET CALL and MOTION HEARING before Judge Charles Eskridge on April 22, 2025. All parties present and represented by counsel.

1. Joint proposed pretrial order

The Court addressed the joint pretrial order and related filings. Dkts 51.

Specific rulings were deferred. It was determined that discovery was not concluded in its entirety. Further submissions will be specified as necessary at a later date. This will include (i) Plaintiff better specifying witnesses expected at trial, (ii) the parties conferring at more length to state agreement where possible on admissibility of exhibits, (iii) the parties conferring further on topics for *in limine* treatment, and (iv) the parties making joint submission of proposed jury instructions.

2. Motions for summary judgment

The Court addressed the motion by Defendant for summary judgment. Dkt 33.

Plaintiff stipulated that his claim for failure to promote arises only under §1981, rather than Title VII. See Dkt 33 at 19.

The motion as to timeliness of the pay-discrimination claim was taken under advisement. See id at 19–27. The parties agreed that the record is complete on those aspects.

The motion as to the merits of the pay-discrimination and failure-to-promote claims were DENIED WITHOUT PREJUDICE to reassertion after the close of all outstanding discovery. See id at 27–36.

3. Concluding matters

The parties must submit a joint status report as to any remaining disputes on discovery by Friday, May 2, 2025.

The parties were ORDERED to conduct at least a further half-day of mediation before Gloria Portelo by Tuesday, July 15, 2025. A joint status report must be filed within ten days of the conclusion of such mediation session.

SO ORDERED.

Signed on April 22, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge