UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:21-cv-03371 |
| vs. | § § § | Jury Demand |
| Shell Exploration & Production Company and Shell Trading Services Company, | § § § § | |
| *Defendants*. | § § | |

**JOINT STATUS REPORT ON REMAINING DISPUTES ON DISCOVERY**

On April 22, 2025, the Court ordered the parties to "submit a joint status report as to any remaining disputes on discovery by Friday, May 2, 2025" (the "Order"). ECF No. 75. The parties submit this joint status report pursuant to that Order.

Shell is working to supplement discovery regarding certain missing pay records and job grade data. Shell will start providing supplemental discovery to Dedmon on May 7, 2025.

Dedmon has communicated what he believes to be the remaining discovery issues. Shell will respond and provide its position(s) regarding what Dedmon has communicated on or before May 13, 2025.

The parties will file an updated joint status report on or before May 15, 2025 as to then-remaining discovery disputes, if any.


Respectfully submitted,

| | |
|---|---|
| */s/ Amy Gibson* | */s/ Marlene Williams by A. Gibson at direction of M. Williams* |
| Ms. Amy E. Gibson | Ms. Marlene C. Williams |
| Attorney-in-Charge | Attorney-in-Charge |
| Texas State Bar No. 00793801 | Texas State Bar No. 24001872500 |
| Southern District Bar No. 20147 | Federal ID No.: 22824 |
| amy@gwfirm.com | marlene.williams@ogletree.com |
| | |
| Mr. David L. Wiley | Ogletree, Deakins, Nash, Smoak |
| Of Counsel | & Stewart, P.C. |
| Texas State Bar No. 24029901 | 500 Dallas Street #3000 |
| Southern District Bar No. 34134 | Houston, Texas 77002 |
| david@gwfirm.com | T: 713-655-0855 |
| | F: 713-655-0020 |
| Gibson Wiley PLLC | |
| 1500 Jackson Street #109 | *Attorneys for Defendants* |
| Dallas, Texas 75201-4923 | |
| T: (214) 522-2121 | |
| F: (214) 522-2126 | |

    and

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*

## CERTIFICATE OF COMPLIANCE

The following is based on the word-count tool in the most current version of Microsoft® Word for Mac. The undersigned certifies that the foregoing *joint status report* contains 451 words, *including* the case caption, any table of contents, any table of authorities, the signature block, and all certificates.

*/s/ Amy Gibson*

Amy E. Gibson

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 2, 2025, she filed the foregoing *joint status report* with the United States District Court for the Southern District of Texas through the CM/ECF system, such that the Shell Defendants should be served with a copy of the filed document as follows:

**VIA CM/ECF SYSTEM**
Ms. Marlene C. Williams
marlene.williams@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

*Attorneys for Shell Defendants*

*/s/ Amy Gibson*

Amy E. Gibson