UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, § | | |
| § | | |
| *Plaintiff*, § | CIVIL ACTION NO. 4:21-cv-03371 | |
| § | | |
| vs. § | Jury Demand | |
| § | | |
| Shell Exploration & Production § | | |
| Company and Shell Trading § | | |
| Services Company, § | | |
| § | | |
| *Defendants*. § | | |

**SECOND JOINT STATUS REPORT ON REMAINING DISPUTES ON DISCOVERY**

On April 22, 2025, the Court ordered the parties to "submit a joint status report as to any remaining disputes on discovery by Friday, May 2, 2025" (the "Order"). ECF No. 75. The parties submitted a joint status report pursuant to that Order on May 2, 2025 and, for the reasons stated in that report, agreed to submit a second joint status report.

Shell supplemented its production to Dedmon on May 7, 2025. Shell has additional supplemental production it will provide to Dedmon on or before May 23, 2025.

Dedmon has communicated what he believes to be the remaining discovery issues. Shell responded to some of those issues on May 13, 2025. Shell needs additional time to respond to the remaining issues once additional supplemental production is provided to Dedmon next week.

The parties will file an updated joint status report on or before June 9, 2025 as to then-remaining discovery disputes, if any.

Respectfully submitted,

/s/ Amy Gibson

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

  and

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*

/s/ Marlene Williams by A. Gibson at direction of M. Williams

Ms. Marlene C. Williams
Attorney-in-Charge
Texas State Bar No. 24001872500
Federal ID No.: 22824
marlene.williams@ogletree.com

Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002
T: 713-655-0855
F: 713-655-0020

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

The following is based on the word-count tool in the most current version of Microsoft® Word for Mac. The undersigned certifies that the foregoing *joint status report* contains 484 words, *including* the case caption, any table of contents, any table of authorities, the signature block, and all certificates.

*/s/ Amy Gibson*

Amy E. Gibson

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 15, 2025, she filed the foregoing *joint status report* with the United States District Court for the Southern District of Texas through the CM/ECF system, such that the Shell Defendants should be served with a copy of the filed document as follows:

**<u>VIA CM/ECF SYSTEM</u>**
Ms. Marlene C. Williams
marlene.williams@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

*Attorneys for Shell Defendants*

/s/ Amy Gibson
_____
Amy E. Gibson