IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT DEDMON | § § § |
| v. | § C. A. NO. 4:21-cv-03371 § |
| SHELL EXPLORATION & PRODUCTION COMPANY and SHELL TRADING SERVICES COMPANY | § § § § |

## MEDIATOR'S REPORT

This report is submitted pursuant to Federal Local Rule 16.

1. The following were in attendance on June 12, 2025.

   Amy E. Gibson (Attorneys for Plaintiff)
   David Wiley
   Gibson Wiley PLLC
   1500 Jackson Street, Suite 109
   Dallas, Texas 75201-4923
   Telephone: (214) 522-2121

   Robert Dedmon  (Plaintiff)
   c/o Amy E. Gibson
   Gibson Wiley PLLC
   1500 Jackson Street, Suite 109
   Dallas, Texas 75201-4923
   Telephone: (214) 522-2121

   Amanda C. Hernandez (Attorney for Plaintiff)
   AH Law, PLLC
   5718 Westheimer, Suite 1000
   Houston, Texas 77057
   Telephone: (713) 526-3700

   Marlene C. Williams
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   One Allen Center
   50 Dallas Street, Suite 2100
   Houston, Texas 77002
   Telephone: (713) 655-5769

318421679v.1

Taylor Moore (Defendant's Representative)
c/o Marlene C. Williams
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
50 Dallas Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 655-5769

2. This is a case under Title VII of the Civil Rights Act of 1964.

3. The ADR method used was mediation.

4. The case did not settle, but I am continuing to work with the parties via phone and email. On June 17, I made a mediator's proposal, the response to which is due June 20. I will report back to the Court whether the case settles.

5. The fee for a full day mediation was $1,700.00 per party per day.

Respectfully submitted,

/s/ Gloria M. Portela
Gloria M. Portela
Texas State Bar No. 16143300
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2341
Facsimile: (713) 225-2340

DATED: June 18, 2025

cc: The Honorable Charles Eskridge
    Marlene C. Williams
    Amy E. Gibson
    David Wiley
    Amanda C. Hernandez

318421679v.1