

**Seyfarth Shaw LLP**
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
**T** (713) 225-2300
**F** (713) 225-2340

gportela@seyfarth.com
T (713) 225-2341

www.seyfarth.com

July 2, 2025

**Via E-filing**

The Honorable Judge Charles Eskridge
United States District Court
Southern District of Texas
515 Rusk Street, Room 9015
Houston, Texas 77002

Re: Case No. 4:21-cv-03371; *Robert Dedmon v. Shell Exploration & Production Company and Shell Trading Services Company*; In the United States District Court for the Southern District of Texas, Houston Division.

## SECOND SUPPLEMENTAL MEDIATION REPORT

Dear Judge Eskridge:

I am happy to report the parties have settled this case.

Respectfully submitted,

*/s/ Gloria M. Portela*

Gloria M. Portela

cc: Marlene C. Williams
 Amy E. Gibson
 David Wiley
 Amanda C. Hernandez

318854417v.1