United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| ROBERT DEDMON, | § | Civil Action No |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| SHELL EXPLORATION | § | |
| & PRODUCTION | § | |
| COMPANY and SHELL | § | |
| TRADING SERVICES | § | |
| COMPANY, | § | |
| Defendants. | § | |

## Order

The Court is advised that the parties have settled their dispute in mediation. Dkt 82.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

So ordered.

Signed on __July 16, 2025__, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge