UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon,<br>  Plaintiff,<br><br>vs.<br><br>Shell Exploration &<br>Production Company<br>and Shell Trading<br>Services Company,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:21-cv-03371<br><br>JUDGE CHARLES ESKRIDGE |

ORDER

Plaintiff Robert Dedmon's unopposed motion to extend the deadline to file a motion to reinstate claims against Defendants is GRANTED.

Plaintiff may move on or before October 14, 2025 to reinstate the claims against Defendants if approval of documentation or condition precedent fails with respect to settlement.

The alternative motion to reinstate claims against Defendants is denied as moot at this time.

SO ORDERED.

Signed on _____, at Houston, Texas.

                                              _____
                                              Hon. Charles Eskridge
                                              United States District Judge

1