UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon,<br>　　　　Plaintiff,<br><br>vs.<br><br><br>Shell Exploration &<br>Production Company<br>and Shell Trading<br>Services Company, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:21-cv-03371<br><br>JUDGE CHARLES ESKRIDGE |
| 　　　　Defendant. | | |

## ORDER

Plaintiff Robert Dedmon's motion to reinstate claims against Defendants and administratively close the case to permit performance of a settlement term [the settlement payment] is GRANTED.

Plaintiff Robert Dedmon's claims against Defendants are reinstated. The case is administratively closed.

Plaintiff Robert Dedmon shall promptly advise the Court when the settlement payment has been made or when there has been a failure of that condition precedent.

The motion to extend the deadline to move to reinstate claims against Defendants is denied as moot at this time.

SO ORDERED.

Signed on _____, at Houston, Texas.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Charles Eskridge
　　　　　　　　　　　　　　　　　United States District Judge

1