UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, § | | |
| § | | |
| *Plaintiff*, § | CIVIL ACTION NO. 4:21-cv-03371 | |
| § | | |
| vs. § | Jury Demand | |
| § | | |
| Shell Exploration & Production § | | |
| Company and Shell Trading § | | |
| Services Company, § | | |
| § | | |
| *Defendants*. § | | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE TO REINSTATE CLAIMS AGAINST DEFENDANTS & OPPOSED ALTERNATIVE MOTION TO REINSTATE CLAIMS AND ADMINISTRATIVELY CLOSE CASE TO PERMIT PERFORMANCE OF SETTLEMENT TERM**

The parties reached a settlement agreement in which dismissal of claims and the settlement payment are each contingent on the other. However, the parties continue to communicate about whether and to what extent any additional settlement terms will be agreed. The settlement payment has not been made yet, although payment processing forms are in process according to Shell.

On July 16, 2025, the Court dismissed all claims with prejudice due to settlement, subject to a motion to reinstate claims. ECF Doc. 83. On the latter, the Court ordered: "Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails." *Id*. The extended current deadline to file a motion to reinstate is October 14, 2025.

Plaintiff Robert Dedmon seeks a 30-day extension of time, through and including November 14, 2025, to reinstate the claims against Defendants if approval of documentation or condition precedent fails. He does so to provide additional time for performance of the settlement payment condition and to preserve his right to pursue claims if no settlement payment is made.

Alternatively, Plaintiff Robert Dedmon moves to reinstate the claims against Defendants and administratively close the case to permit performance of a settlement term — *i.e.*, the settlement payment. If the Court reinstates and administratively closes, Plaintiff Robert Dedmon will promptly advise the Court when the settlement payment has been made or when there has been a failure of that condition precedent.

Respectfully submitted,

*/s/ Amy Gibson*

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she conferred with Marlene Williams, lead counsel for the Shell Defendants, about the relief requested in both the motion and the alternative motion. Ms. Williams responded with a request that undersigned include the below-quoted language about the Shell Defendants' lack of opposition to relief requested in the motion and opposition to the alternative motion:

> "Without adopting Plaintiff's characterization of any factual or substantive details the status of the parties' efforts to finalize the settlement, Defendants are not opposed to a thirty-day extension of the deadline to reinstate claims, so that the parties have additional time needed to finalize the settlement. Defendants are opposed to any other relief requested."

*/s/ Amy Gibson*

Amy E. Gibson

## CERTIFICATE OF COMPLIANCE

The following is based on the word-count tool in the most current version of Microsoft® Word for Mac. The undersigned certifies that the foregoing *notice* contains 660 words, *including* the case caption, any table of contents, any table of authorities, the signature block, and all certificates.

*/s/ Amy Gibson*

Amy E. Gibson

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 14, 2025, she filed the foregoing *motion* with the United States District Court for the Southern District of Texas through the CM/ECF system, such that the Shell Defendants should be served with a copy of the filed document as follows:

**VIA CM/ECF SYSTEM**
Ms. Marlene C. Williams
marlene.williams@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

*Attorneys for Shell Defendants*

*/s/ Amy Gibson*

Amy E. Gibson