UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| Defendant. | | |

## ORDER

Plaintiff Robert Dedmon's motion to reinstate claims against Defendants and administratively close the case to permit performance of a settlement term [the settlement payment] is GRANTED.

Plaintiff Robert Dedmon's claims against Defendants are reinstated. The case is administratively closed.

Plaintiff Robert Dedmon shall promptly advise the Court when the settlement payment has been made or when there has been a failure of that condition precedent.

The motion to extend the deadline to move to reinstate claims against Defendants is denied as moot at this time.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1