UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, § | CIVIL ACTION NO. |
| Plaintiff, § | 4:21-cv-03371 |
| § | |
| § | JUDGE CHARLES ESKRIDGE |
| vs. § | |
| § | |
| § | |
| Shell Exploration & § | |
| Production Company § | |
| and Shell Trading | |
| Services Company, | |
| | |
| Defendant. | |

## ORDER

Plaintiff Robert Dedmon's unopposed motion to extend the deadline to file a motion to reinstate claims against Defendants is GRANTED.

Plaintiff may move on or before November 28, 2025 to reinstate the claims against Defendants if approval of documentation or condition precedent fails with respect to settlement.

The alternative motion to reinstate claims against Defendants is denied as moot at this time.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1