# Exhibit 1

# settlement agreement

| | |
|---|---|
| **Subject:** | FW: Dedmon Case |
| **Date:** | Wednesday, July 2, 2025 at 9:52:15 AM Central Daylight Time |
| **From:** | Amy Gibson <amy@gwfirm.com> |
| **To:** | Marlene C. Williams <marlene.williams@ogletree.com>, Portela, Gloria <gportela@seyfarth.com> |
| **CC:** | David Wiley <david@gwfirm.com>, Amanda Hernandez <amanda@ahfirm.com> |
| **Attachments:** | image001.jpg |

Marlene,

See the email thread below. Robert accepted $400,000 to resolve this case.

Amy Gibson
Gibson Wiley PLLC
T: (214) 522-2121
F: (214) 522-2126
M: (214) 417-9233
E: amy@gwfirm.com



**From:** Amy Gibson <amy@gwfirm.com>
**Date:** Wednesday, July 2, 2025 at 9:46 AM
**To:** Portela, Gloria <GPortela@seyfarth.com>, David Wiley <david@gwfirm.com>, Amanda Hernandez <amanda@ahfirm.com>
**Subject:** Re: Dedmon Case

Gloria,

Robert accepts the offer of $400,000 to settle this case.

1 of 3

Amy Gibson
Gibson Wiley PLLC
T: (214) 522-2121
F: (214) 522-2126
M: (214) 417-9233
E: amy@gwfirm.com



---

**From:** Portela, Gloria <GPortela@seyfarth.com>
**Date:** Friday, June 27, 2025 at 12:03 PM
**To:** David Wiley <david@gwfirm.com>, Amy Gibson <amy@gwfirm.com>, Amanda Hernandez <amanda@ahfirm.com>
**Subject:** Dedmon Case

Counsel, Shell has asked me to relay an offer of $400,000 to settle this case.

Please consult with your client and let me know his response.

Thanks for your continuing efforts, Gloria

**Gloria M. Portela** | Senior Counsel | Seyfarth Shaw LLP
700 Milam St. | Suite #1400 | Houston, Texas 77002-2812
Direct: +1-713-225-2341 | Fax: +1-713-821-0654
GPortela@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.