UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Shell Exploration & | § | |
| Production Company | § | |
| and Shell Trading | | |
| Services Company, | | |
| | | |
| Defendants. | | |

## ORDER

Plaintiff Robert Dedmon's unopposed motion to extend time, through November 28, 2025, to move to reinstate his claims against Defendants [ECF Doc. 88] is GRANTED.

Plaintiff Robert Dedmon's motion to reinstate his claims against Defendants [filed on November 28, 2025] is GRANTED.

Plaintiff Robert Dedmon's claims against Defendants are reinstated.

The Court will consider Plaintiff Robert Dedmon's motion to enforce settlement agreement and request for alternative relief, filed on November 28, 2025.

1

Defendants shall file a response to the motion to enforce settlement agreement on or before December 19, 2025.

SO ORDERED.

Signed on _____, at Houston, Texas.

                                           Hon. Charles Eskridge
                                           United States District Judge