United States District Court
Southern District of Texas
**ENTERED**
December 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT DEDMON, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-01087 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SHELL EXPLORATION & | § | |
| PRODUCTION COMPANY | § | |
| and SHELL TRADING | § | |
| SERVICES COMPANY, | § | |
| Defendants. | § | |

ORDER

Pending are motions by Plaintiff Robert Dedmon for extension of time to reinstate claims and to reinstate claims. Dkts 88 (extension) & 89 (reinstate).

Two extensions of time to reinstate claims have already been granted. See Dkts 85 & 87. Such extensions were granted to provide additional time for performance of settlement payment and to preserve Plaintiff's right to pursue claims if no settlement payment was made. See Dkts 84 at 2 & 86 at 2 (prior motions for extension).

The current motions reflect that Defendants still haven't paid the settlement amount despite prior extensions. Dkts 88 at 1 & 89 at 3.

The motion to reinstate claims is GRANTED. Dkt 89.

All claims by Plaintiff against Defendants Shell Exploration & Production Company and Shell Trading Services Company are REINSTATED.

This matter is SET for status conference by video on December 15 at 10:30 am to address whether to enforce the

settlement agreement or if the parties should instead proceed with litigation in advance of trial.

The motion for extension of time to reinstate claims is DENIED AS MOOT. Dkt 88.

SO ORDERED.

Signed on December 5, 2025, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge