N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROBERT DEDMON** § | |
| § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION NO. 4:21-cv-03371** |
| v. § | |
| § | |
| **SHELL EXPLORATION &** § | |
| **PRODUCTION COMPANY AND** § | |
| **SHELL TRADING SERVICES** § | |
| **COMPANY** § | |
| § | |
| **Defendants.** § | |

## ORDER DENYING PLAINTIFF'S MOTION TO REINSTATE CLAIMS AND ENFORCE SETTLEMENT AGREEMENT & ALTERNATIVE MOTION TO REINSTATE CLAIMS AND PLACE CASE BACK ON JURY TRIAL DOCKET

On this day the Plaintiff's Motion to Reinstate Claims and Enforce Settlement Agreement and Alternative Motion to Reinstate Claims and Place Case Back on Jury Trial Docket. After considering the Motion, and any responses and replies thereto, the Court is of the opinion that this Motion should be denied. It is, therefore,

ORDERED that the Court has reinstated the case but Plaintiff's Motion to Enforce Settlement Agreement and Alternative Motion to Reinstate Claims and Place Case Back on Jury Trial Docket are DENIED.

Dated _____

_____
JUDGE PRESIDING