United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT DEDMON, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:21-cv-03371 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SHELL EXPLORATION & PRODUCTION COMPANY and SHELL TRADING SERVICES COMPANY, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

All claims by Plaintiff Robert Dedmon against Defendants Shell Exploration & Production Co and Shell Trading Services Co have been dismissed with prejudice by prior order. See Dkt 83.

The deadline by which Plaintiff could request to reinstate claims was subsequently extended until January 15, 2026. See Dkt 92 at 2. Plaintiff hasn't moved for reinstatement since such extension was granted.

This action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on January 22, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge