UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Dedmon, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 4:21-cv-03371 |
| | § | |
| vs. | § | Jury Demand |
| | § | |
| Shell Exploration & Production | § | |
| Company and Shell Trading | § | |
| Services Company, | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Plaintiff Robert Dedmon appeals to the United States Court of Appeals for the

Fifth Circuit from Minute Entry rulings and orders [ECF No. 92], oral rulings and

orders at a December 15, 2025 status conference, and the Final Judgment [ECF No.

93] of the District Court for the Southern District of Texas, Houston Division.

The Final Judgment [ECF No. 93] was entered in this case on January 23, 2026. The earlier rulings and orders were of a type not appealable until after entry of the Final Judgment.

The parties to the judgment and orders appealed from, and the names and addresses of their respective attorneys, are as follows:

**PLAINTIFF**
Robert Dedmon

Amy E. Gibson
David L. Wiley
Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201

Amanda Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057

**DEFENDANTS**
Shell Exploration & Production Company and Shell Trading Services Company

Ms. Marlene C. Williams
Ogletree, Deakins, Nash, Smoak
   & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

Respectfully submitted,

*/s/ Amy Gibson*

Ms. Amy E. Gibson
Attorney-in-Charge
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

            *and*

Ms. Amanda C. Hernandez
Of Counsel
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*Attorneys for Robert Dedmon*

## CERTIFICATE OF COMPLIANCE

### With Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

I certify that:

1.     This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B). This document contains 526 words, *including* portions exempted under Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.1. I relied on the word count function in Microsoft Word for Mac 2026 version 16.106.

2.     This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Fifth Circuit Rule 32.1 and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This document was prepared in a proportionally spaced typeface using Microsoft Word for Mac 2026 version 16.106 in 14-point Equity A typeface for the body.

*s/ Amy Gibson*

_____

Amy E. Gibson

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on **February 20, 2026**, she filed the foregoing

document with the District Clerk for the United States District Court, Southern Dis-

trict of Texas, through the CM/ECF System, such that the foregoing document

should be served on all parties through their counsel of record as follows:

**Via CM/ECF**

Ms. Marlene C. Williams
marlene.williams@ogletree.com

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

*Attorneys for Shell Defendants*

> */s/ Amy Gibson*
>
> _____
> Amy E. Gibson