**TRANSCRIPT ORDER FORM (DKT-13)** - **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: Southern District of Texas, Houston Division      District Court Docket No. 4:21-cv-03371

Short Case Title: Dedmon v. Shell Exploration & Production Company and Shell Trading Services Company

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: ERO [GLR Transcribing Services has been retained to transcribe ERO]

Date Notice of Appeal Filed in the District Court: February 20, 2026      Court of Appeals No. 26-20090

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| December 15, 2025 | Status Conference | United States District Judge Charles Eskridge |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
■ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds

☐ Other _____

Signature: /s/ Amy Gibson      Date Transcript Ordered: March 5, 2026

Print Name: Amy E. Gibson      Phone: 214-522-2121

Counsel for: Plaintiff-Appellant Robert Dedmon

Address: 1500 Jackson Street #109, Dallas, Texas 75201

Email of Attorney: amy@gwfirm.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____      Actual Number of Volumes _____

Date _____ Signature of Reporter _____